1  Derrick Lee Sledge, P-43766
2  CTF/CW-134L
3  P.O. Box 689
4  Soledad Calif. 93960



FILED
08 MAY -8 PM 4:36

5
6  In Pro Se
7
8         IN THE UNITED STATES DISTRICT COURT
9
10     FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
12              SAN FRANCISCO DIVISION
13
14  Derrick Lee Sledge
15                      Plaintiff      C07-4622 CRB(PR)
16  V.
17                                     MOTION FOR
18  David Balkind, R. Schnore          APPOINTMENT
19  J.T. White, N.A Ellis, M.Vela      OF COUNSEL
20  R. Stinson, M. ARFA
21  And John Marshall
22                      Defendants.
23
24       Pursuant to 28 U.S.C Section 1915 (e)(1)
25  plaintiff, Derrick Lee Sledge, moves for an
26  order appointing counsel to represent him in
27  this case. In Support of this motion, plaintiff
28  States:

1

1. Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis.

2. Plaintiff's imprisonment has/is and will greatly limit his ability to litigate. The issues involved in this case are complex, and will require significant research and a "great" in-depth investigation against such a powerful legalize agency that practice by a "code of silent policy" that live with confident behind an arsenal of professional political attornies. Contrarily to plaintiff whom is faced with very limited access to the law library and even upon attending the law library prison overcrowding make condition impossible to study research or obtain general assistence for books and materials ect.,. All of which is impairing plaintiff knowledge of the law.

3. Plaintiff's also is under Clinical Case Management (CCCMS) Cat J, whom is suffering from mental illness such as depression which he is pleading with this court to understand if true (which is true) that each one of the defendants that has been identified in this suit has either participated with deliberate indifference to cover-up/conseal C/o David Balkind, Stg. R Schnora, C/o N. A Ellis (IE), M. Vela (Appeal Coordinator)

2

And Lt S. R Stinson (Hearing Official) - Corruptable Activity or under the Color of Law Condoning it. All of which is taking a significant amount of emotionally distress energy from my life, knowing in my heart my case can make a new policy toward CCR 115 disciplinary Report and it due process Rights ect...

    4. Moreso a trial in this case will likely involve conflicting testimony among officers and Counsel would better enable plaintiff to present evidence and cross examine witnesses, and even more will prevail CDCR- inmate 602 due process/procedures by Administration is only fictitious which this case can demonstrate.

    5. Plaintiff has made repeated efforts to obtain a lawyer. However he is now confuse. Should he use these Prison Law Offices/Agencies ect... As witnesses to contradict Prison Official Alleging Facts I was given a Just 602 Due-Process However plaintiff is attaching just a few of his diligence in an attempt to obtain Legal Assistance (note this is a small fraction to his pursuit to obtain a lawyer). - See Attach Exhibits. pages 1-8.

    WHEREFORE, plaintiff's Request that the Court Appoint an Attorney from its choice or Appoint Mr Charles F. A Carbone, Esq, CA-

3

1  -SBN 206536 Director-Litigation In Prison
2  Project (LIP) for California Prison Focus (See
3  Attachment page 1). A member of the CA SBN
4  Bar, as counsel in this case.
5      I declare under penalty of perjury that
6  the foregoing is true and correct. Executed
7  at Soledad Calif. on May 05, 2008.

Respectfully Submitting

_Derrick L. Sledge_
Derrick L. Sledge

1  *Name of prisoner*
2  *CDC No.*
   *Name of California State Prison*
3  *Address*

4  In Pro Se

6           SUPERIOR COURT OF THE STATE OF CALIFORNIA

7              FOR THE COUNTY OF *enter county name*

8  In re *name of prisoner*           )   C.   *enter case number*
                                       )
9           On Habeas Corpus           )   **REQUEST FOR APPOINTMENT**
                                       )   **COUNSEL AND**
10                                     )   **DECLARATION OF**
                                       )   **INDIGENCY IN SUPPORT THEREOF**
11                                     )
                                       )
12                                     )
                                       )
13                                     )
   ─────────────────────────────────── )

16    As per Cal. Rules of Court, rule 4.551(c)(2), Petitioner *Name of Prisoner* respectfully

17  requests that this Court appoint Petitioner legal counsel in the above captioned matter.

18    Specifically, Petitioner requests appointment of:

19  Charles F.A. Carbone, Esq., CA SBN 206536
20  Director – Litigation In Prison Project (LIP) for California Prison Focus
    2940 16th Street, Suite 307, San Francisco, California 94103
21  Phone: 415-252-9211, Facsimile: 415-252-9311, Email: charleseye@hotmail.com,

22    Mr. Carbone, Esq. expressed interest in this case and is qualified in prison related

23  litigation. Mr. Carbone Esq.'s appointment in this mater will ensure that Petitioner's interests

24  are properly represented, and to ensure a full, fair and just review in this matter. See <u>Charlton v.</u>

26  <u>Superior Court</u>, 93 Cal. App. 3d 858 (1979).

27  Respectfully submitted,

REQUEST FOR APPOINTMENT OF COUNSEL AND DECLARATION IN SUPPORT THEREOF        1

*Exhibit Page 1 (Cover)*

1  Date: May 05, 2008          Name: Derrick L Sledge

Name of prisoner DeRRick L. SLedge
CDC No. P-43766
Name of California State Prison CTF/CW
Address P.O. Box 689
Soledad Calif 93960

**In Pro Se**

REQUEST FOR APPOINTMENT OF COUNSEL AND DECLARATION IN SUPPORT THEREOF     2

# SANDERS & ASSOCIATES

3960 INDUSTRIAL BLVD., STE. 100, WEST SACRAMENTO, CA. 95691   (916) 376-8738   FAX (916) 376-8717

June 2, 2007,

Mr. Sledge,

We are sorry for your current plight and don't doubt for a second the notion that this could have happened exactly as you explain. However, there is nothing our office can do.

Your case would require a level of investigation our firm simply could not provide. We would not be able to act in your bets interests so far from where intense investigation would need to be immediately conducted.

We recommend that you seek counsel near Soledad, and do not overlook local law schools which may take on such abuse as a class project in due process of law for their students. When you write them sell it. Provide proof if you can to entice them. Take your bets shot with that letter.

We are sorry and we do wish you luck fighting for your rights,.

Sincerely,

KEITH CHANDLER
LEGAL ASSISTANT TO STEVEN C. SANDERS, ESQ.

Exhibit Page - 2

| | | |
|---|---|---|
| CAPITOL OFFICE<br>STATE CAPITOL, ROOM 5108<br>SACRAMENTO, CA 95814<br>TEL (916) 651-4023<br>FAX (916) 324-4823<br><br>DISTRICT OFFICES<br>10951 WEST PICO BLVD., SUITE 202<br>LOS ANGELES, CA 90064<br>TEL (310) 441-9084<br>FAX (310) 441-0724<br><br>300 WEST THIRD ST., 4TH FLOOR<br>OXNARD, CA 93030<br>TEL (805) 486-3776<br>FAX (805) 486-6865 | **California State Senate**<br><br>SENATOR<br>**SHEILA JAMES KUEHL**<br>TWENTY-THIRD SENATE DISTRICT<br><br>CHAIR<br>SENATE COMMITTEE ON HEALTH<br> | COMMITTEES:<br>AGRICULTURE<br>APPROPRIATIONS<br>ENVIRONMENTAL QUALITY<br>JUDICIARY<br>LABOR & INDUSTRIAL RELATIONS<br>NATURAL RESOURCES & WATER<br>SELECT COMMITTEES:<br>CHAIR, HEALTH INSURANCE CRISIS<br>IN CALIFORNIA<br>CHAIR, SCHOOL SAFETY<br>JOINT COMMITTEE:<br>JOINT COMMITTEE ON RULES |

June 27, 2007

Derrick L. Sledge P-43766
Soledad Sate Prison
P.O. Box 689; CW-134L
Soldedad, CA 93960

Dear Mr. Sledge,

Thank you very much for your letter regarding the work incentive program for conservation camps. I share the concern addressed in your letter, and I continue to support the well-being of inmates in the California prisons.

As my office is not equipped to investigate and respond to your specific concerns, I have forwarded a copy of your letter to Ken Hurdle, the lead Ombudsman for the Department of Corrections, and I am requesting that he address your concerns regarding the Fire Safety rehabilitation program, as well as your personal case.

Please feel free to contact my office in the future.

Sincerely,

*Sheila Kuehl*

SHEILA JAMES KUEHL
California State Senate
District 23

CC: Ken Hurdle, Ombudsman, Department of Corrections

---

Representing the cities of Agoura Hills, Beverly Hills, Calabasas, Hidden Hills, Malibu, Oxnard, Port Hueneme, Santa Monica, West Hollywood and Westlake Village
and the communities of Bel Air, Brentwood, Canoga Park, Encino, Hollywood, Mt. Olympus, Port Hueneme, Pacific Palisades,
Sherman Oaks, Studio City, Tarzana, Topanga, West Los Angeles, West Hills, Westwood and Woodland Hills.

Exhibit Page-3

# Lois Ahrens
## Real Cost of Prisons Project
5 Warfield Place
Northampton, MA 01060

July 21, 2007

Dear Mr. Sledge,

We are in receipt of your letter sent to us on July 10th which you wrote on May 29th, 2007. Unfortunately, there is nothing that we can do to assist you in your protest against the treatment you have received and probably are still receiving.

Perhaps you might want to try: Prison Law Office, General Delivery, San Quentin, CA 94964. This is <u>an independent organization</u> that offers free legal services to prisoners on various matters including conditions of confinement.

Sincerely yours,

Lois Ahrens,
Director

Exhibit Page- 4

**All of Us or None**
c/o Legal Services for Prisoners with Children
1540 Market Street, #490
San Francisco, CA 94102

415-255-7036 x337 // Fax: 415-552-3150
info@allofusornone.org
www.allofusornone.org

A Project of Legal Services
For Prisoners with Children

August 6, 2007

Mr. Derrick L. Sledge, #P-43766
CTF/Soledad State Prison
P.O. Box 689; CW-134L
Soledad, CA 93960

Dear Mr. Sledge:

    We received your letter dated July 27th in which you requested legal assistance. It's good to hear from you. We are working on a system to be able to respond to all the letters we receive in a more timely manner. Thank you for your patience.

    All of Us or None is a national organizing effort to strengthen the voices of formerly incarcerated people, prisoners, and our families that does not provide direct legal services and cannot assist you in this matter.

    I am sorry for the mental anguish you've endured at the hands of the judicial system. I would encourage you to remain prayerful during these trying times of your life – for prayer changes things!

    Enclosed is information on Legal Aid offices or Defender offices within the State of California. If you have questions, please do not hesitate to contact us again.

Solidarity and Struggle,

*Tonya Gordon*
Tonya Gordon
All of Us or None

Exhibit Page - 5


**Families Against Mandatory Minimums**

### LEGAL MAIL: PRIVILEGED AND CONFIDENTIAL

September 5, 2007

Mr. Derrick L. Sledge
# P-43766
Soledad State Prison
PO Box 689 - CW-134L
Soledad, CA 93960

Dear Mr. Sledge:

Thank you for sending us information about your case.

Regrettably, FAMM is unable to provide you with the assistance you request. FAMM does not have attorneys on its staff that can provide legal advice or representation to individuals. Rather, our efforts are focused on changing sentencing laws and educating the public on the need for sentencing reform. FAMM's intervention in litigation is limited to a very small number of cases that challenge the interpretation of particular sentencing laws in the federal appellate courts and the United States Supreme Court. Other prison and criminal law issues are beyond the scope of our mission, even though they are undoubtedly important.

We have enclosed the pages of the exhibits which you sent to us and kept a copy of them for our file. We wish you success in finding the assistance you are seeking.

Sincerely,

Mary Price
Vice President and General Counsel

Enclosures

1612 K Street, NW • Suite 700 • Washington, D.C. 20006 • (202) 822-6700 • fax (202) 822-6704 • FAMM@famm.org • http://www.famm.org

Exhibit Page-lo

LEGAL DEPARTMENT
NATIONAL PRISON
PROJECT



AMERICAN CIVIL
LIBERTIES UNION FOUNDATION

PLEASE RESPOND TO:
NATIONAL PRISON PROJECT
915 15TH STREET, NW
7TH FLOOR
WASHINGTON, DC 20005-2112
T/202.393.4930
F/202.393.4931
WWW.ACLU.ORG

ELIZABETH ALEXANDER
DIRECTOR
ATTORNEY AT LAW

NATIONAL OFFICE
125 BROAD STREET, 18TH FL.
NEW YORK, NY 10004-2400
T/212.549.2500

OFFICERS AND DIRECTORS
NADINE STROSSEN
PRESIDENT

ANTHONY D. ROMERO
EXECUTIVE DIRECTOR

RICHARD ZACKS
TREASURER

Dear Friend:

We know that prisoners have great difficulty getting help and regret that we cannot do more than provide you with a list of groups that try to help prisoners in your state, and some general information about the issue you described in your letter. The National Prison Project has only seven staff lawyers and receives about 600 letters each month from prisoners across the country. Any one of these letters can describe an urgent legal need that would take months of a lawyer's time to resolve. Because of our severely limited resources, we do not do advocacy for individual prisoners.

If you are thinking about filing a lawsuit, then you should know about a 1996 law called the Prison Litigation Reform Act (PLRA), which makes it harder for prisoners to file lawsuits in federal court. The PLRA has many parts, but the following five parts are the most important for you to understand.

First, before you file a lawsuit, you must try to resolve your complaint through the prison's grievance procedure. This usually requires that you give a written description of your complaint (often called a "grievance" or "kite") to a prison official. If the prison provides a second step (like letting you appeal the prison official's response to the warden), then you must also take that step. If you file a lawsuit in federal court before using every step of your prison's grievance procedure, it will almost certainly be dismissed.

Second, all prisoners must pay court filing fees. If you do not have the money up front, you can pay the filing fee over time through monthly installments from your prison commissary account, but the filing fee will not be waived.

Third, each lawsuit you file that is dismissed because a judge decides that it is frivolous, malicious, or does not state a proper claim counts as a "strike." After you get three strikes, you cannot file another lawsuit unless you pay the entire court filing fee up front. The only exception to this rule is if you are at risk of having serious physical injury in the immediate future.

Fourth, you cannot file a lawsuit seeking damages for mental or emotional injury unless you can also show physical injury.

Fifth, if you are in a federal prison, you risk losing good time credits

Exhibit Page-7

# Prisoners' Rights Research Project

University of Illinois College of Law
504 East Pennsylvania Avenue
Champaign, IL 61820

Dear Sir or Madam:

Thank you for your inquiry to the Prisoners' Rights Research Project at the University of Illinois College of Law. PRRP is a non-profit organization staffed entirely by law students at the University of Illinois College of Law. Its members are not licensed attorneys, and cannot offer legal advice.

PRRP can provide legal research on specific questions of Illinois or federal law. If you would like the assistance of the PRRP please mail a letter with specific questions you would like addressed. Due to the volume of mail received, PRRP cannot answer all letters received. We apologize if we are unable to answer your questions. Please do not send documents to the PRRP. We are unable to accept for review any legal documents or court transcripts. We cannot assist in finding an attorney and cannot represent clients.

Law students at the PRRP will prepare a memorandum under the general supervision of a licensed attorney. The memorandum will represent their best effort to provide an objective analysis of the current state of Illinois or federal law on the issue or issues raised. It also may describe processes that appear to be relevant to your situation. It does not constitute legal advice, and you should not rely upon it as a basis for action. If you wish to pursue any legal action, you should seek the advice of an attorney.

Sincerely,

Prisoners' Rights Research Project

Exhibit Page-8

**PROOF OF SERVICE BY MAIL**
**BY PERSON IN STATE CUSTODY**
(C.C.P. §§ 1013(A), 2015,5)

I, Derrick Lee Sledge, declare:
I am over 18 years of age and I am party to this action. I am a resident of CORRECTIONAL TRAINING FACILITY prison, in the County of Monterrey, State of California. My prison address is:

Derrick L. Sledge, CDCR #: P-43766
CORRECTIONAL TRAINING FACILITY
P.O. BOX 689, CELL #: CW-134L
SOLEDAD, CA 93960-0689.

on May 05, 2008, I served the attached:
Motion For Appointment of Counsel

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope (verified by prison staff), with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named institution in which I am presently confined. The envelope was addressed as follows:

Office of the Clerk
U.S. District Court
North District
of Calif.
450 Golden Gate Ave.
San Franciso Calif. 94102
2x Copies
1x Original

Dept. Of Justice
Office of the Attorney General
455 Golden Gate Ave.
Suite 11000
San Francisco, Ca 94102
Attn: Edmund G. Brown Jr.
And Is/Kyle A. Lewis
for defendants
1x Copies

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Executed on May 05, 2008.

Derrick L Sledge
Declarant