Derrick L. Sledge, P-43766
CTF/CW-134L
P.O. Box 689
Soledad Calif. 93960
In Pro Se



FILED
08 MAY -8 PM 4:36
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Derrick Lee Sledge
                    Plaintiff,
V.

David Balkind, R Schnora
J.T. White, N.A. Ellis, M. Vela
S.R. Stinson, M. Arfa And
John Marshall
                    Defendants.

C 07-4622 CRB (PR)

Plaintiff- Request For Extension (Exlargment) Of Time; To File A Reply To Defendants' Answers To Dismiss.

TO THE ABOVE-NAMED DEFENDANTS:

Plaintiff Derrick L. Sledge, A Pro Se litigant is in State Custody Respectfully move the Court in pursuant to Fed. R. Civ. P. Rule 6(b) FOR GOOD CAUSE SHOWN to Grant plaintiff

PAGE-1

Request for extension of time to file a Reply to Defendants Answer to dismiss his complaint.

MEMORANDUM AND POINTS OF AUTHORITIES

1) Plaintiff is in dire need for a first Request of Extension. The due date for filing his Opposition to defendants dispositive-(To dismiss) motion were submitted on or therenbout April 13, 2008. Which the Court order a 30-days deadline for plaintiff to file an opposition- to which deadline would fall around May 13, 2008. Herefor plaintiff is Requesting a 30 day preforable 45 day extension order. It should be noted this Request is made prior to the deadline.

2) Plaintiff is impaired, being under Mental Health (CCCMS) treatment; Also he lack legal training and Education- Being no match to defend against the Attorney General's Office that employs professional Attorneys, with the must proficient to date legal Computers, expert legal Advisors ect... In Comparison to Plaintiff unhumane Condition of CDCR incarceration of severe overcrowding ect... With many attempting too attend one small law library under both limited time and material, imposing hostile personalities that effect individual Abilities to study, do Adequate Research and present pertinent

PAGE-2

1  Case law neccessary to effactual his claims
2  in an effective manner. (See Milton v
3  Morris 767 F. 2d 1443) And U.S v Hartfield
4  513 Fed. 2d. At pg. 254, Due Process Requires
5  fair administration of justice and guarantees
6  the crucial right of an indigent to reasonable
7  fair, and equal protection with those who have
8  Adequate means to protect their Rights.

## CONCLUSION

Plaintiff prays that this Honorable Court grant him the extension of time to June 27, 2008 or thereabout please.

DATE: May 5, 2008

Respectfully Submitted.

_Derrick L. Sledge_
Derrick L. Sledge

PAGE-3

1 Derrick L. Sledge, P-43766
2 CTF/CW-134L
3 P.O. Box 689
4 Soledad Calif. 93960
5 In Pro Se

7 IN THE UNITED STATES DISTRICT COURT

9 FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 SAN FRANCISCO DIVISION

13 Derrick Lee Sledge
14                 Plaintiff,        C 07-4622 CRB (PR)
15 V.
16                                   [PROPOSED]
17 David Balkind, R. Schnora          ORDER GRANTING
18 J.T. White, N.A. Ellis, M. Vela    PLAINTIFF -
19 S.R. Stinson, M. Arfa And          REQUEST FOR
20 John Marshall.                     EXTENSION OF
21                 Defendants.        TIME.

23    The Request For Extension is Granted.
24 Plaintiff shall have until _____ 2008
25 to File And served A " Opposition To the
26 Dispositive Answer To Dismiss". No later than
27 _____ 2008.
28    No further Extension of time shall be

PAGE- 1

1  gRANted without A Showing of Exceptional
2  ciRcumstances.
3  Date: MAy 5, 2008
4
5  PROPOSED BY:
6
7  x Derrick L Sledge
8  DeRRick L Sledge          The Hon. ChaRles R. BReyer
9                            U.S. District Judge

PAGE - 2

**PROOF OF SERVICE BY MAIL**
**BY PERSON IN STATE CUSTODY**
(C.C.P. §§ 1013(A), 2015,5)

I, Derrick Lee Sledge, declare:

I am over 18 years of age and I am party to this action. I am a resident of CORRECTIONAL TRAINING FACILITY prison, in the County of Monterrey, State of California. My prison address is:

Derrick L. Sledge, CDCR #: P-43766
CORRECTIONAL TRAINING FACILITY
P.O. BOX 689, CELL #: CW-134L
SOLEDAD, CA 93960-0689.

On May 05, 2008, I served the attached:

Plaintiff-Request For Extension (Enlargement) of Time And/[Proposed] Order Granting such Request

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope (verified by prison staff), with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named institution in which I am presently confined. The envelope was addressed as follows:

Office of the Clerk
U.S. District Court
Northern District
of Calif.
450 Golden Gate Ave,
San Francisco Calif 94102

2x Copies
1x Original

Dept. Of Justice
Office of the Attorney General
455 Golden Gate Ave
Suite 11000
San Francisco, Ca. 94102
Attn: Edmund G. Brown Jr.
and ISI Kyle A. Lewis
for defendants

1x Copies

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 05, 2008.

Derrick L Sledge
Declarant

Derrick L. Sledge, P-43766
CTF/CW-134L
P.O. Box 689
Soledad Calif. 93960

Office of the Clerk
U.S. District Court
Northern District OF
Calif.
450 Golden Gate Ave
San Francisco Calif. 94