United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DERRICK LEE SLEDGE,

    Plaintiff,

  v.

DAVID BALKIND, et al.,

    Defendant(s).

No. C 07-4622 CRB (PR)

ORDER DENYING REQUEST FOR APPOINTMENT OF COUNSEL

    Plaintiff's request for appointment of counsel under 28 U.S.C. § 1915 is DENIED for lack of exceptional circumstances. See Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986). The court will consider appointment of counsel on its motion, and seek volunteer counsel to agree to represent plaintiff pro bono, if it determines at a later time in the proceedings that appointment of counsel is warranted.

    The clerk shall terminate the motion in docket number 14.

SO ORDERED.

DATED: _May 14, 2008

                                           CHARLES R. BREYER
                                           United States District Chief Judge

G:\PRO-SE\CRB\CR.07\Sledge, D1.or2.wpd