UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DERRICK LEE SLEDGE,

        Plaintiff,

v.

BALKIND, et al.,

        Defendants.

Case Number: CV07-04622 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 14, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Derrick L. Sledge P-43766
Correctional Training Facility
CTF/CW-134 L
P.O. Box 686
Soledad, CA 93960

Dated: May 14, 2008

        Richard W. Wieking, Clerk
        By: Barbara Espinoza, Deputy Clerk