IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DERRICK LEE SLEDGE,

    Plaintiff,

  v.

DAVID BALKIND, et al.,

    Defendant(s).

No. C 07-4622 CRB (PR)

ORDER

Good cause appearing, plaintiff's request for an extension of time to file an opposition to defendants' motion for dismissal is GRANTED. Plaintiff shall file an opposition by no later than June 20, 2008, and defendants shall file a reply within 15 days thereafter.

No further extensions of time will be granted.

The clerk shall terminate the motion in docket number 15.

SO ORDERED.

DATED: May 14, 2008

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.07\Sledge, D1.eot.wpd