State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the INFORMAL Level

*February 13, 2007*

**SLEDGE, P43766**
*EFBQB4F100004186*

Log Number: CMC-E-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*Your property appeal is incomplete. You must attach legible copies of all documents relative to ownership and loss/destruction of the property. For example: the Property Inventory Sheet, the CDC 143, Property Transfer Receipt, the cell search slip, and receipt(s).*

*Attach copy of Inmate Property Inventory Form you received from being re-housed in ASU. Return to the Appeals Office.*

D. Engler/M. Veia
CC-II Specialist
California Men's Colony

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

| PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE |
| --- |

A. Ex. 128

# INMATE PROPERTY INVENTORY

NAME: _____  CDC # _____  Room # ____  DATE: ___/___/___

REASON: _____  INVENTORIED BY: _____

4/18/06

## Canteen Items:

**Body:**
- Deodorant
- Q-Tips
- Wash Cloth(s)
- Jam/Jelly/Honey

**Hair:**
- Conditioner
- Grease/Gel
- Net
- Petroleum Jelly
- Perm Kit
- Shampoo
- Spray

**Powder:**
- Tan
- Hand
- Baby Oil/Oil
- After Shave

**Shaving Supplies:**
- Blades - Disposable
- Razor
- Cologne

- Chips/Pork Rinds
- Cookies/Crackers
- Granola Bars
- Condiments/Hot Sauces
- Jam/Jelly/Honey
- Nuts/Popcorn
- Pastries
- Peanut Butter
- Peppers
- Pickles
- Soups
- Spices/Sugar
- Tea Bags/Instant

**Instant Drinks**
- Cocoa
- Coffee
- Instant Drinks
- Sodas
- Bottled Water

**Vitamins & Drugs:**
- Vitamins
- Protein Mix
- Drug/Cold
- Chap Stick
- Ointments

**Personal Property:**

**Books (10):**
- Dictionary
- Education
- Hardback
- Laundry
- Magazines
- Religious
- Softback

**Clippers:**
- Finger Nail
- Toe Nail
- Tweezer

**Dental:**
- Dental Cream
- Dental Floss
- Mouth Wash
- Toothbrush
- T-Brush Holder
- Toothpaste
- Dentures/Partials

**Miscellaneous:**
- Can Opener
- Batteries
- Mirror - Broken
- Sewing Kit
- Shoe Polish
- Shoe Brush

**Food Items:**
- Candy Bag/Bars
- Meats/Fish/Other
- Cereal/Oatmeal
- Pasta/Noodles
- Cheese Spread
- Cheese Packaged

- Letters
- Paper - Loose
- Paper - Tablet
- Pens/Pencils
- Personal Papers
- Stamps (100)

**Sundries:**
- Bowls
- Cup - Ceramic
- Cup - Plastic
- Pitcher
- Tumbler

**Cups/Headgear:**
- Baseball (1)
- Bandanas (5)
- Headband (1)

**Miscellaneous:**
- Rug - Religious
- Wash Cap (Beanie)

**Shirts:**
- Dress (2)
- Tank Top
- T-Shirts (10)

**Shoes:**
- Sandals (1)
- Shower (1)
- Slippers/House (1)
- Athletic Shoes

**Combination:**
- Athletic (1)
- Boxer/Underwear (10)

**Sweat/Weather:**
- Pants (2)
- Shirt (2)
- Sweater (1)

**Miscellaneous:**
- Thermal - Bottoms (1)
- Thermal - Tops (1)

**Glasses:**
- Prescription (1)
- Sun (1)
- Case

**Photos:**
- Album
- Loose Photos

**Stationery:**
- Address Book
- Binders
- Envelopes - Blank
- Envelopes - Postage
- Legal Material

## Games:
- Chess
- Checkers
- Dominoes
- Pinochle Cards

**Non-Exonerable Items:**
- Calculator (1)
- Clock (1)
- Electric Razor (1)
- Beard Trimmer (1)
- Extension Cord (1)
- Foot Locker (1)
- Fan (1)
- Lamp (1)

**Musical Instrument (1)**
- Make: _____  S/N: _____

**Headphones (1)**
- Make: _____  S/N: _____

**Tapes/CD's (12)**
- CD's
- Cassettes

**Stinger (1)**
- Type: _____  Make: _____

**Religious Medal:**
- Chain (1)

**Watch:**
- Pocket (1)
- Wrist (1)

**Wedding Band: (1)**

**Appliances:**
- Walkman (1)
- Television (1)
- Radio

Make: _____  S/N: _____

From: Derrick L. Sledge P-43766
        4288
        3/3/07

To: J. Hansen
      1st Floor Sun/Mon  2nd Watch

Re: Typewritter Brother 500 (5102) cell


Dear C/o Hansen,

        On 3/3/06 upon being interviewed by Lt Dunne in C-Quad Program Office, concerning facts of my ASU placement I was given the Opportunity to see C/o Micken. 1st Floor Tue-Sat Post 2nd Watch. In which he stated upon me asking him did he mistakely gave my Typewritter to someone to hold for me. Which he stated who did the inventory which, I stated you", which he didn't say nothing (two other C/o's was present).

        So I was hoping if you could briefly investigate it. I would hate to say or think that this is the reason I was mistakely accuse for fighting because he misplaced or destroy broke the typewritter.

        The Appeal Office has relocated my 602s back in 2002 when I appeal my property issue which was mail to SATF/SP Nstead of here when I fiest find feiend other my Radio / Cassette Tapes And the Brother 500. I did try to replace it while on the yard with a newer one by all the legal work I did on it - which is why my so call friend thought that specific one wasn't on my property. So they could hold it for me.

        But now that I may get transfer to the facility I like (being a level-2). So It's important now to get it because I've often to far behind with my Court issues. I really thought C/o Micken got it because I had my key on me so no one stolen it, this been heave on my mind.

        Sorry to trouble you please understand


CC: A Rewritten
Copy been made

                                        Derrick L. Sledge
                                        Petitioner

A. Ex. 130

State of California
**CDC FORM 695**
**Screening For:**
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the INFORMAL Level

*March 1, 2007*

*SLEDGE, P43766*
*EFBQB4F200004288*

Log Number: CMC-E-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*Separate isse by submitting separate appeals regarding:*

*--access to property*
*--access to library*
*--legal material provided library*
*--access to religious programs*
*--access outside yard*
*--amount of food served*
*--denial of G.P. housing*

*Remember that you may only submit one non-emergency appeal per week.*

D. Engler/M. Vela
CC-II Specialist
California Men's Colony

**NOTE:**  Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d).  This screening decision may not be appealed.  If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents.  You have only 15 days to comply with the above directives.

| PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE |
| --- |

A. Ex. 131

From: Derrick L. Shedge P-43766
      4288
      3/4/2007

To: CMC-E  Appeal Office
Attn: M Vela

Re: Respones / Reconsideration To process Attach Property issue
602 since partial Amending ect... ETRON has Recovered to
                                                property
                                                I think

Please Take Notice that I've Amended this 602 - Because
Property Inventory staff ~ C/O Hasen being the initial Officer
that conduct the inventory has Agreed to put my Etron Radio /
Cassette player with All my property now
        But for some Reason my Brother 500 Typewritter is still
missing which A Builden Floor C/O had to take it out of my
cell, I thought letting A Friend hold it thinking I was coming
back, but now hearing that I'm not is being Allow to keep it come back
(This is A Normal protocol in C-Quad Floor "some" C/O). OR
maybe this was the true Reason why let's say mistaking As A
fighter because my Typewriter got broken knowing how it was my
life.
        I never Knew these Items wasn't Classified to me; because
I was never Question by staff the entire time I've been here
because I've done everything Right. Now I'm being told that Here
R&R never even put my Etron player on my property when I
paid two twice for it here. And though I came here with my Brother
500 Typewriter At one time it was on my property card but now
on Computer it is not.
        After the Internal Affair Office sent my letter back here
And R Green (A) / D. Connor Associate Warden Inmate Services
made statement About A IATS Appeal Office proof can be discovery
that the 2002 Granted 602 property for STAF/SP/CMC-E made R&R
to give me the typewriter and granted me money of the lost Cassette
"Ape After All my complainting back then because a staff Sign for
everything And then became missing!!
        Again I directly paid for the ETRON directly here After two
Attempt it came directly here to R&R property
        Why now these Item Not on my file I don't Understand
                        over
                        A. EX. 132

Which is why staff took them, but I was hoping to get
new ones And I truely BelaEive that C/o HANSEN has been
Honest because he could of kept the Radio money ect...
Both Staff At CSP/STAF And CMG-E And All inmate knew I
had bought this Typewriter for All the legal work submitted since
2000 until 2006 Nov At time on locks down ect...
       So I was hoping that this Appeal Office would At least
allow this 602 to be process without the order copy inventory
because any more delay it may become to Last !!! Never Recovere

3/4/07                                    Derrick L. Sledge

Amending
on 3/4/07 I Also sent
to Hansen A letter As I
Rewritten A Copy


ONE C/o is putting this on C/o HANSON
se he did the initial inventory. Is not
o my cell upon C/o HANSEN inventory it was
king out on C/o HANSEN off day And many
nmates on the First Floor Low Side know
here my Typewriter is if it's not in my
roperty now  Derrick L. Sledge 3/4/07

A. Ex. 133



State of California
**CDC FORM 695**
Screening For:
CDC 602 Inmate/Parolee Appeals
·CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the INFORMAL Level

*March 8, 2007*

***SLEDGE, P43766***
*EFBQB4F200004288*

Log Number: CMC-E-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*There has been too great a TIME LAPSE between when the action or decision occurred and when you filed your appeal with no explanation of why you did not or could not file in a timely fashion. Time limits expired per CCR 3084.6(c). Therefore, if you would like to pursue this matter further, you must submit an explanation and supporting documentation explaining why you did not or could not file your appeal timely.*

*You claim you were rehoused in Ad-Seg on 12/13/06 and that yoiur Etron Cassette AM/FM Player and $75.00 ducats were not on the Property Inventroy Form. The Appeals Office did not receive an appeal regarding this issue until 2/13/07.*

D. Engler/M. Vela
CC-II Specialist
California Men's Colony

**NOTE:**  Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d).  This screening decision may not be appealed.  If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

| PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE |
| --- |

A. Ex. 134

From: D. Shedge P-43766
4288
3/12/07

Your initial 695 Form
Stated to have my ASU counselor
make the copy that needed to
be Attach

To: CMC-E Appeal Office

Re: Form 695    Alleging A Time Lapse

Upon me submitting this 602 on 2/6/07 and your office
(dated on 2/13/07 (which was a 7-day delay just for you to seal it)
or Screening form never stated then of a Time Lapse. Your
struction only was for me to Attach legible Copies documents.
Which my ASU Counselor is in the process of doing first waiting
for my 2/8/07 ICC To be typed copy to Attach to that waiting
2. All my personal property has the other Receipt legible
ument which I had to file a 602 for ASU Property Officer
Respond I've been waiting since 12/13/06 for (CMC-E-07-00518)
I've also sent you I/m Request for interview Stating I'm waiting
for the Copies (And my counselor)
As I've stated the C/o that initially inventory my property held
s to the ETRON thinking I was coming back to General Population
ICC
2/8/07 Contrarily I being put up for transfer this 602 need to
e process now to put the $75.00 Yard Ducat back on my Account
nem other facility don't honor CMC-E Yard Ducats. R+R no long
sed bed Card for Personal Property verification which they want to the
omputer which either my Typeweter Brother 500 And the Etron
onvected my only legible documents/Receipt was this Bed Card which is
Jhy its important emergency that this 602 become process now
before I transfer. Since I'm being Process for transfer

A. EX. 135          Derrick L Shedge

Re: To Screening Informal level on 3-26-07
Respons From CMC-E Appeal Office Mrs M. Vela
-II Specialist (See Attached I/m Reg. for interview (GA-22)

From: D. Shedge P-43766
TF-XW 132L
1/14/07

Please Take Notice... That When CMC-E Appeal Office
Mrs. Vela had Officially Seal Dated the Appeal Form (See 602
Seal Date (bottom)) on FEB 13 2007 over one week upon me
submitting this 602 on 2/6/07 - Gave me Solid Insurance that
this 602 had been Accepted And it was timely because Mrs Vela
had Also Attached CDCR Screen Form 695 Also date dated 2/13/07
only instructing me to Attach the legible Property Inventory Form
(See Attachment) - More so confirmed me I'd submitted A
Appropriately (timely 602) To be processed.
    Due to me believing the Above Official Acts, has now months later
impaired me for explaination - For I relied on other Staff/Officer
to make it impossible to relocate these Staff for documents - To their
Informal Justication.
    1. My Counselor never found the time to make the Copy
for me, being this document being legal Material and me being I was
SU/SHU housing to not personal get the copy made
    2. For whatever reason this Appeal Office decision to
deprive me Informal level Review, So that the Assign Inventoryed
o' Could of Officially dictate on the 602 his Reason for not
inventorying now the Typewriter, money And Tape/Radio player
at the yard was on Complete lock-down which was why It took weeks
before even Acknowledged About my personal property (mental distress)
or His Reasons to promise me later he would investigate And correct
I was never allowed the Opportunity And In the Informal level
to state what me told me informally.
    3. Now that He Corrected the money And Tape/Radio player
and didn't Official Wrote A Second Inventory Form I'm unauthorized
to demand Answers - But I can produce evedence that my Tape/Radio
TRON wasn't on the initial Inventory Form, I signed - But my
new House CTF R+R has verified they given me this ITEM recently
    All to support when the Appeal Office Accepted the

A. Ex. 136

602 for Process. To later Reject it And I be Transfer
and witnesses to my own question Typewrite become
Operated from me; is unConstitutional to Not process this
602, For the Return of my Typewriter And documents
Because CDCR staff only location part of the whole And
was Never Allow to state His Reason within the informal
level

Again I can show Evidence to The Above facts If
TF/R&R Official document the ETRON And make A
comparison. I have No choice but to seek Director
level for out-side Due Process for the 6 month deadline?,

Date 4/13/07

Derrick L Sledge
Derrick Lee Sledge

A. Ex. 137

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the INFORMAL Level

*March 20, 2007*

**SLEDGE, P43766**
*EFBQB4F200004288*

Log Number: CMC-E-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*There has been too great a TIME LAPSE between when the action or decision occurred and when you filed your appeal with no explanation of why you did not or could not file in a timely fashion. Time limits expired per CCR 3084.6(c). Therefore, if you would like to pursue this matter further, you must submit an explanation and supporting documentation explaining why you did not or could not file your appeal timely.*

*The bottom line is that on 12/13/06, after reviewing your Property Inventory Form, you noticed that your radio and $75.00 in ducats were not noted in the Inventory Form. You did not submit an appeal regarding this issue until 2/6/07--beyond time constraints.*

D. Engler/M. Vela
CC-II Specialist
California Men's Colony

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

| PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE |
| --- |

A. Ex. 138

STATE OF CALIFORNIA
GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE 3/21/07 | TO Appeal Office M. Vela | FROM (LAST NAME) D Sledge | CDC NUMBER P-43766 |
|---|---|---|---|

| HOUSING B-9 | BED NUMBER 4288 | WORK ASSIGNMENT | JOB NUMBER FROM          TO |
|---|---|---|---|

| OTHER ASSIGNMENT (SCHOOL., THERAPY, ETC.) | | ASSIGNMENT HOURS FROM          TO |
|---|---|---|

## Clearly state your reason for requesting this interview.

You will be called in for interview in the near future if the matter cannot be handled by correspondence.

At first you just told me to get my Counselor to make a copy After you Accept it. Because it took to long you state A Time Lapse Alleging on 12/13/06 I state I gotten Property Inventory Form you "Right" on the dAy I cAme in ASU/ SHU 12/13/06 I should of be given my Property Inventory And when

INTERVIEWED BY M. Vela, appeals          DATE 3-28-07

DISPOSITION
You are correct. Review of the Property Inventory Form shows that you did not sign for the property form until 12-21-06. However, this is still beyond the time constraints.

A. Ex. 139

: did not I should stated A ERROR by staff to be Reimbursed even if
was recovered. I'm shock you can one day Accept it And A month Inter
eject it for something New. OR be deliberately INDIFFERENCE
cause EVERY 602 I file to obtain Relief And before Another Violation
cur for document you control for month which I complete All the
iolation punishment even before I gotten one Response on the same
incident that you now trying to Reject As A time delay. When this
ficer without the 602 Recovered the RADIO, because I tried to work
ne problem out first which was month After I sign the Form on
2/21/06 - Because the yard was on complete lock-down. which on the
ther inmates 602 I did you state because of the lock-down staff is legally
> be behind or the other 602 where you request the Receip when it
as in the property

legally I should not be on Any time deadline until I can person.
ee the Item since I was not there to personal witness what
ent into them Boxes. Now if I go to Another facility And say All my
roperty was new this is old then what. The Reason how I knew About
e money my RADIO And my Typewriter because their was witnesses
tell you the Officer told me the money is in my property that need to
: put on my book I'm should be missing only the Typewriter
e longer it take to enquired About the typewriter the closer it may get
old because everyone heard I'm being transfer And it Aint worth saving
or me like the RADIO was but only been Retuen Around 2/6/07. It was
was not until After I was official put up for transfer on 3/8/07 so I could
TRANSFER with now here is the Form stating 12/24/07
I Also Refused to sign it or to say upon gettin
the RADIO And nothing else

A. Ex. 140

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*April 20, 2007*

**SLEDGE, P43766**
*EFBQB4F200004288*

Log Number: CMC-E-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*There has been too great a TIME LAPSE between when the action or decision occurred and when you filed your appeal with no explanation of why you did not or could not file in a timely fashion. Time limits expired per CCR 3084.6(c). Therefore, if you would like to pursue this matter further, you must submit an explanation and supporting documentation explaining why you did not or could not file your appeal timely.*

*You signed your Property Inventory Form on 12/21/06 but the Appeals Office did not receive your appeal (dated 2/6/07) until 2/13/07. Since you exceeded time constraints to submit an appeal concerning this issue, this appeal cannot be accepted.*

D. Engler/M. Vela
CC-II Specialist
California Men's Colony

**NOTE:**  Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

---

A. Ex. 141

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*April 27, 2007*

**SLEDGE, P43766**
**CFCWT1000000134L**

Log Number: CTF-S-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*There has been too great a TIME LAPSE between when the action or decision occurred and when you filed your appeal with no explanation of why you did not or could not file in a timely fashion. Time limits expired per CCR 3084.6(c). Therefore, if you would like to pursue this matter further, you must submit an explanation and supporting documentation explaining why you did not or could not file your appeal timely.*

*issue occurred: 12/21/06, appeal filed 2/13/07.*
*See attached screen-out CDC-695 dated 4/20/07.*

J. Aboytes / P. G. Dennis
Appeals Coordinators
Correctional Training Facility

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

A. Ex. 142

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

May 7, 2007

*SLEDGE, P43766*
*CFCWT1000000134L*

Log Number: CTF-S-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*There has been too great a TIME LAPSE between when the action or decision occurred and when you filed your appeal with no explanation of why you did not or could not file in a timely fashion. Time limits expired per CCR 3084.6(c). Therefore, if you would like to pursue this matter further, you must submit an explanation and supporting documentation explaining why you did not or could not file your appeal timely.*

*Issue Occurred: 12/21/06, Appeal Filed 3/13/07.*

*Issue Occurred on at CMC.*

J. Aboytes / P. G. Dennis
Appeals Coordinators
Correctional Training Facility

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

---

A. Ex. 143

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                ARNOLD SCHWARZENEGGER, GOVERNOR

**INMATE APPEALS BRANCH**
1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



June 19, 2007

SLEDGE, CDC #P-43766
Correctional Training Facility
P.O. Box 686
Soledad, CA  93960

Re:  Personal Property

Dear Mr. SLEDGE:

The enclosed documents are being returned to you for the following reasons:

This office provides the Director's Level Review of inmate/parolee appeals.  The form must be completed through the Second Level of Review on behalf of the Warden or Parole Region Administrator.  Your appeal was rejected, withdrawn or cancelled.  If you disagree with that decision, contact the Appeals Coordinator. You must comply with instructions from that office.

Your assigned counselor, the Appeals Coordinator, or your Parole Agent can answer any questions you may have regarding the appeals process.  Library staff can help you obtain any addresses you need.

*Churleson*

N. GRANNIS, Chief
Inmate Appeals Branch

A. Ex. 144

From I/m D. Skedge P-43766
CW-134 L     6/25/07

Re: Response To Director's level Review instruction

Please Take Notice Still After severe due diligence
the Director level has once again informed me that I
had to obtain Facility 2nd level Review to complete
my 602 Exhaustation requirement - Herefor upon the
Response you currently provide would be my Exhaustatic
Requirment after great due diligence.
    Again Once CMC-E Appeal Office had accepted this 602
As timely filed with Screening order on Feb 13, 2007
informing me to Attach legible copies of All document
Relative to ownership and loss/destruction of the property
impaired me Severely A. I was in ASU/SHU Being
denied by the Staff of obtaining my the legible Copies of
ownership (Refer to CTF-S-09-01731 which Afterward
Granted) for justification of any time delay even though you
Accepted the 602. B- Staff has still been negligence to impartin
investigate to see I had initially refused to sign the
property form for these Items not being state on the
property which the signed date to be a conflict of interest
because I was lied to that the other missing property would
be investigate and proved my would be Returned which was
corruption and a cover-up because only the Radio ETRON
was illegal added with no paperwork that is supported had
Offical not been prejudice to see that the property inventory
don't stipulated at all my ETRON, but now upon transfered
t in my possession how By CTF R+R Official and I have
ther proof all in support that dishonest and denied
ue process can be supported not under a impartial
fficial of error Staff error cover-up fact finding if I
was only impartial interview or/and my claims was
mpartial Reviewed to support I was timely and entitle to
ue process I was hradship Condition in ASU/SHU desire to
ommit suicide for Staff deliberately lying on me and no Just
vestigation not given any of my property and then the CMC-E Appeal
fice Acceptance having me get copies that took time - And then
honestly say so what it your fault not our amore  Derrick Skedge

A. Ex. 145

'ate of California
)C FORM 695
eening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*July 9, 2007*

**SLEDGE, P43766**
*CFCWTI 000000134L*

Log Number: CTF-S-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*There has been too great a TIME LAPSE between when the action or decision occurred and when you filed your appeal with no explanation of why you did not or could not file in a timely fashion. Time limits expired per CCR 3084.6(c). Therefore, if you would like to pursue this matter further, you must submit an explanation and supporting documentation explaining why you did not or could not file your appeal timely.*

*Issue occurred 12/21/06, appeal filed 2/13/07. Comments: On 12/21/06 you were aware that your property that was packed up by C/O Hansen. You received an inmate copy. See CMC screen out notice 4/20/07 CMC staff answered a property appeal. You filed on 3/7/07 CMC 07-518.*

J. Aboytes / P. G. Dennis
Appeals Coordinators
Correctional Training Facility

**NOTE:**   Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

---

A. Ex. 146

PlEAse Keep All ATTAcHed

From : D. Sledge  P-43766
   CW- 134 L
   7/10/07


To: CTF Appeal Office : Attn Please keep All Attached
initial 695 forms And ±/m Responses

   Attn: In support to VCGCB Claim #. G567283

   Due to Appeal office screeving Mental Abuse both CMC-E
And Co-workers CTF to not Accepting processing this And many other
602 for Fair/Equal Due Process Rights. This would be my last
Attempt for establish Administration Review. Mental impairement disorder!
   Conjunctionally with All prior previous previous Justification
I've given that is still Attach or has been Removed ect...
   Yet has CMC-E investigated my explaination why if any time
delays was cause' to it Officer given me his word under color of Authority
has his yet been interview interview a his facts document. To support
Officially Any And all time delay. OR facts document upon a impartial
investigate to CMC-E Appeal office initially Accepting the 602 to prevented more
-time explaination under Color of Authority. Also has yet my physical
vidence been Investigated documented to support why I had to
ruth A Office Acting under the Color of Authority. OR other evidence
physical where CMC-E Appeal Office told me on official 695 Form I
ould 602 A issue that has occurs yet. It should be notice to Allow
his 602 issue not to be Accepted process And Address is of Constitutional
telling me CDCR Officer is dishonest And should had been trusted. To
ave me to live in fear and corruption which I have evidence to contendict
he Fact finding CMCE ect has be negligence to discovery. At Least Response
to my explaination to Allowe me fair/Equal due Process Review Denied
                              ▲ EV. 145 ➔           .Appeal

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*July 20, 2007*

**SLEDGE, P43766**
*CFCWT1000000134L*

Log Number: CTF-S-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*There has been too great a TIME LAPSE between when the action or decision occurred and when you filed your appeal with no explanation of why you did not or could not file in a timely fashion. Time limits expired per CCR 3084.6(c). Therefore, if you would like to pursue this matter further, you must submit an explanation and supporting documentation explaining why you did not or could not file your appeal timely.*

*Issue occurred 12/21/06 Appeal filed 2/13/07.*
*See attached Screen-Outs from CMC appeals dept.*

J. Aboytes / P. G. Dennis
Appeals Coordinators
Correctional Training Facility

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

---

## PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE

A. Ex. 148

I/m D. Shedge P-43766
7/24/07        CW-134L

Re: In Response to CDC Form 695  7/20/07
Appeal Screening

No official has yet Responded to my explanation
and impartial review and investigate supporting why
I could not file this Appeal time. C/o Hensen has not
been interview which he told me to wait And this is
support by him inventory form not putting my facility
bought Etron player that was later discover. I was
following a Correctional Officer order for the
security of him and other I'm who took my etron from
alleged secure cell that he open. Again I possess evidence
This is why I'm going to seek Director level because
the Appeal office is not Addressing my explanation of
following C/o Hensen order please investigate

Submitted By
Derrick L Sledg

A. Ex. 149

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*July 26, 2007*

*SLEDGE, P43766*
*CFCWT1000000134L*

Log Number: CTF-S-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*There has been too great a TIME LAPSE between when the action or decision occurred and when you filed your appeal with no explanation of why you did not or could not file in a timely fashion. Time limits expired per CCR 3084.6(c). Therefore, if you would like to pursue this matter further, you must submit an explanation and supporting documentation explaining why you did not or could not file your appeal timely.*

*Issue occurred 12/21/06, appeal filed 2/13/07 Comments:  See attached screen outs from CMC appeals dept.*

J. Aboytes / P. G. Dennis
Appeals Coordinators
Correctional Training Facility

**NOTE:**  Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d).  This screening decision may not be appealed.  If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents.  You have only 15 days to comply with the above directives.

---

### PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE

A. Ex. 150

From: I/m D. Shedge P-43766
July 27, 2007

To Director's Level Review

Re: CMC-E Appeal Office Dishonestness to file Process
A Justifiable 602 Appeal (Denial To Due Process Right).

    Please take notice Director's Level that this is my
final due diligent Attempts of trying to have my 602
Accepted/filed And justly Reviewed.
    I've state upon many Aries that C/o Hensen a
Officer instructed me to give him more time to verify
Item So he could Submit it with other inventory property
which I did And have evidence to support this which
CMC-E has upon every Attemp Refuse to investigate and
document my explanation and evidence to Allow me fale
due Process in which I will upon your Response go
directly to the Court of haw you on your own Authority
must process this 602 to CMCE Appeal Office for filing. I suffer
from CMC-E Appeal Office mental Abuse And now fearful of
CDCR Official Retaliation

Cc: A Copy been made
for Prisoners Advocate
Agencies to process to            Sincerely
the Federal Court               Daniel Shedge

    Please keep All
    All document Attached
    And return back          A. Ex. 151

STATE OF CALIFORNIA –DEPARTMENT OF CORRECTIONS AND REHABILITATION    ARNOLD SCHWARZENEGGER, GOVERNOR



### INMATE APPEALS BRANCH

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001

August 29, 2007

SLEDGE, DERRICK, P43766
Correctional Training Facility
P.O. Box 686
Soledad, CA  93960

RE: IAB# 0703648      PROPERTY

Mr. SLEDGE:

The Inmate Appeals Branch, California Department of Corrections and Rehabilitation (CDCR) acts for the Director, Division of Adult Institutions, at the third level of appeal.  The Branch examines and responds to inmate and parolee appeals that are submitted on a CDC Form 602, Inmate/Parolee Appeal Form, after the institution or parole region has responded at the Second Level of Appeal.

Institution and parole staff are available to assist you in obtaining additional copies of forms and documents required to submit an appeal.  The inmate library offers resources and assistance to obtain general information regarding regulations, procedures, policies, and government agency addresses.  Additionally, your assigned Counselor or Parole Agent, or the Appeals Coordinator can answer any questions you may have regarding the appeals process.  The Inmate Appeals Branch appreciates your responsible use of the appeal system to address your grievance.

The Inmate Appeals Branch has received an appeal from you and has determined that it does not comply with the appeal procedures established in California Code of Regulations (CCR) Title 15, Article 8, and is being screened-out and returned to you pursuant to CCR 3084.3 for the following reason(s):

Your appeal was rejected, withdrawn or cancelled.  If you disagree with that decision, contact the Appeals Coordinator.  You must comply with instructions from that office.

N. GRANNIS, Chief
Inmate Appeals Branch

---

**\*\*\*\*PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE\*\*\*\***

A. Ex. 152

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| Location: | Institution/Parole Region | Log No. | | Category |
|---|---|---|---|---|
| 1. | | 1. | | |
| 2. | | 2. | | |

NAME: Derrick Sledge   NUMBER: P-43766   ASSIGNMENT:   UNIT/ROOM NUMBER: BQ 4288

A. Describe Problem: ON 3/12/07 (one day before the Already Long due date) (And me having to overcome CMC-E Appeal Office inital screening delays difficulties) I received a Memorandum of "Notica-tion of Delay of Appeals Process; concerning Appeal CMC Log No 07-0220 As being Complexity of the decision Action or policy Which I feel (15 CCR Sect 3084.6) is not of impartial Justice in my Case And my current living Situation, Because I've been over-whelmingly been Advocating Actual innocence Since 12/13/06

If you need more space, attach one additional sheet.

B. Action Requested: I'm Afraid of Requesting Anything So that this Appeal Office won't Reject this entire 602, "Alleging" Sect. A and B is unrelate. I'm FAIR And Impartial Justice And Relief Ruling From under the Above Suffering I'm currently under ect...

Inmate/Parolee Signature: Derrick L Sledge   Date Submitted: 3/13/07

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

Staff Signature: _____   Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____   Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

MAR 17 2007

CMC APPEALS OFFICE

Snt copy to M.U

A. Ex. 153

Only to continue to suffer the emotional and psychological distress. Believing that such CDCR/CMC-E action as this is theirs protocol for continuously infliction of mental abuse as a retaliation/reprisal upon such inmate as me. Because any impartial authority/administration can feel the pain in me, seeing how I've been housed ASU/SHU punish imposement even before I was found guilty; through the entire pre-hearing process; through the final SHU-Term disposition completion on 2/21/07 But helded continuous still under the same cruel and unusual punishment of hardship living condition (please review CMC-E-07-00354 CMC-E-07-00398 and CMC-E-07-00518) not to include 602s this same appeal office has rejected me from filing under the same justication.

Before this incident I lived in General Population under worst violence, prison politic and 180 Program over 7yes to ect... behaviors still to maintain a disciplinary free program over 7yes. To not even obtain temporay relief of possessing my personal property (to contact family/court). Out-door exercise relief offered ect... All under dishonesty under the color of law Correction Officer Authority - That is causing me to completely lose my mind and a UNDESIRE FOR LIVING UNDER CDCR CARE!! For I have NO Human Rights. For which staff official and now administration isn't trying to release me even to another General Population yard until this matter can be review justly and impartial

_____
3/13/07
Date

_____
Petitioner

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the INFORMAL Level

*March 17, 2007*

*SLEDGE, P43766*
*EFBQB4F200004288*

Log Number: CMC-E-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*This is a request for information; it is not an appeal. Use form GA-22, Inmate Request for Interview.*

*You cannot use the CDC 602 form to inquire about your overdue appeal. You received a delay notice and your appeal will be addressed as soon as possible. A copy of the appeal will be forwarded to mental health staff and you can telk to the medical staff on the tier if you need and médical/mental health assistance.*

D. Engler/M. Vela
CC-II Specialist
California Men's Colony

**NOTE:**   Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

| PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE |
| --- |

A. Ex. 155

State of California                          Department of Corrections and Rehabilitation

# Memorandum



Date    :  March 8, 2007

To      :  Inmate: _Sledge_      CDC: _P-437bb_      Housing:_4288_

Subject :  **NOTIFICATION OF DELAY OF APPEALS PROCESS**

A response to your CDC Form 602, Inmate Appeal, CMC Log #_07-0220_ has been delayed for the following reason(s):

☐  Unavailability of the appellant, staff or inmate witnesses.

☒  Complexity of the decision, action, or policy.

☐  Necessary involvement of other agencies or jurisdictions.

A response to your appeal is expected by <u>April 19, 2007</u>.This information is provided per CCR Section 3084.6 (b)(6).

APPEALS COORDINATOR
California Men's Colony

A. Ex. 156



State of California                    Department of Corrections and Rehabilitation

# Memorandum

**Date** : April 16, 2007

**To** : Inmate: <u>SLEDGE</u>    CDC: <u>P-43766</u>    Housing: CN-134 L

**Subject** : **NOTIFICATION OF DELAY OF APPEALS PROCESS**

A response to your CDC Form 602, Inmate Appeal, CMC Log #<u>07-0220</u> has been delayed for the following reason(s):

☐ Unavailability of the appellant, staff or inmate witnesses.

☒ Complexity of the decision, action, or policy.

☐ Necessary involvement of other agencies or jurisdictions.

A response to your appeal is expected by <u>May 24, 2007</u>. This information is provided per CCR Section 3084.6 (b)(6).

D. ENGLER/ M. VELA
APPEALS COORDINATOR
California Men's Colony

A. Ex. 157

# Exhibit Cover Page

Amended- (A), Exhibits-(Ex), Pages (Pgs.)

A. Ex. Pags. 159 To 166

Plaintiff- Additional Support of CMC-E
Retaliation to hardship living
Condition by way of depriving him
To his Required personal property
that contained Couet documents/
Religious Ect... Material for
Communication/correspondence
(initiated by Defendant Mrs M.Vela)

Derrick L. Sledge P-43766
CMC-E; Rm 54186
P.O. Box 8101
San Luis Obispo, Ca 93403
In Pro Se

# UNITED STATE DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

IN THE MATTER OF            CASE No. SACV04-1431-FMC(AJW)

Derrick L. Sledge          MOTION OF NOTICE
                           TO THE U.S MAGISTRATE
Petitioner                 JUDGE;
                           SEEKING INFORMATION
                           OF LAST Order to petitioner
                           Objection Seeking COA/APPEAL

PLEASE Take Notice that petitioner Derrick L. Sledge, has been Rehouse in Calif. Department of Correction and Rehabilitation, Calif. MEN'S Colony-East-Administrative Segregation Unit since 12/13/06 and this Facility was on Lock-down program from 12/8/06 to 12/12/06.

All of Which has cause him to be totally deprived of all his personal property that contain all his legal Mail and Material. It should be Notice without such Material has deprive him to correspond to this Court Correctly timely and therefor ask this Court for Understanding And instruction And a copy of your prior Notice on or/and around 12/06/06 For he was not able to Review that mail.

His understanding is that he file a Objection to the Magistrate Judge Report And Recommendation. And his is in feared that his time to file a COA and Appeal in a timely Matter because he is daily being deprive of his Legal property and don't know what to do.

Date: 01/22/07

Respectfully Submitting
Derrick L. Sledge
Derrick Lee Sledge
In Pro Se

A. Ex. 159

Derrick L. Sledge P-43766
CMC-E   Rm 4D86
P.O. Box 8101
San Luis Obispo, Ca 93403
    In Pro Se

RECEIVED
CLERK, U.S. DISTRICT COURT

FEB 16 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

February 06, 2007

Derrick L. Sledge
      v
L.R. Banks, Warden

No. SACV 03-1190 CAS (ASW)

To: United States District Court
     Central District of Calif.
     Southern Division

Dear Hon. U.S District Judge Christina A. Snyder

          Please take Notice that I Derrick L. Sledge, P-43766
has currently been placed in CDCR/CMC-E Administrative
Segregation Unit for a reason beyond my control. Which Policy
has deprive me of all my personal property which contain my
entire legal material ect., Since 12/13/06.
          For Fact in order for me to attend the law library
to get info. to see can I obtain Tolling Time. Extention of time to
file a Certificate of Appealability and Amend. Just showing official
here that I've been Denied in your court and I'm on a 30days
limitation - your court must Directly state my dead-line now
Please understand I'm under Mental stress - but tried to solve
this problem within this facility but has fail. I do plan to
COP and Appeal
          So you must state my current time line. Sorry for
the inconvenience

                                   Submitted by
                                   Derrick L. Sledge
                                   Derrick Lee Sledge

                   A. EX. 160

Derrick L. Sledge P-43766
Soledad State Prison - CTF
P.O. Box 689; XW-132L
Soledad, CA 93960-0689

In Pro Se

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DERRICK L. SLEDGE | CASE No 5ACV-03-1190 CAS (AJW) |
| Petitioner, | MOTION TO GRANT PETITIONER LATE FILING - CONSEQUENCE OF |
| Vs. | LATE FILING; FOR EXCUSABLE NEGLECT BASED ON THE ATTACHED |
| L. R. BANKS, Warden | Affidavit/DECLARATION IN SUPPORT OF. |
| Respondent | |

The petitioner in this Cause, by and through self due diligence moves this Court to Grant Late Filing - Notice of Appeal, Certificate of Appealability and too proceed on Appeal in Forma Pauperis with any other procedure, for Appeal to the United States Court of Appeals for the Ninth Circuit Attached; on the grounds of excusable neglect.

This Motion is based on the Attached declaration/Affidavit of March 04, 2007.

Derrick L. Sledge
Derrick Lee Shedge
Reg To

A. Ex. 1 61

# DECLARATION / AFFIDAVIT

I Derrick L. Shedge, under penalty of perjury declares:
I am the true petitioner in this action. The Clerks / Hon. U.S. District Judge Christina A. Snyder - "Adjudged that the petition for a Writ of habeas corpus is denied Regarding Petitioner's objections - To the Magistrate Judge Report and Recommendation," of entry of Judgment was mailed to me on January 25, 2007, addressed to me. On that day for 70-days thereafter : That Calif. Dept. of Correction and Rehabiliation / Calif Men's Colony - East ; C-Quad having had Rehoused me in its Administrative Segregation Unit / Segregation Housing Unit - ASU/SHU since 12/13/06 until 4/2/07 ; In which I was deprived / denied to all of my personal property which contain all of my legal / Court Material ; This ASU/SHU also deprived / denied me Legal Assistance ; fair Legal Law Library time and Material to correspond to this Court Appropriately.

And for these above violation I had no other intellect but to write a personal letter to this Court; which responded back to me with a " Notice of Document Discrepancies Referring to a prior Case No. SACV04-1431-FMC (AJW) on Jan. 18, 07 and when I attempt to correct Discrepancy with the Appropriate format, by a Motion of Notice to The U.S. Magistrate Judge : Seeking Info. of last order to petitioner objection seeking COA / Appeal - I aswell label it with Case No. SACV04-1431-FMC (AJW) and should of been label Case No. SACV 03-1190 CAS (AJW). For which I've Received on March 8, 2007, another Discrepancies Notice, stating this case close Letter. Again without any of my Legal Material I was deprived the correct Case No. (For your ~~Adequacy~~ ~~agg~~ your Court sent me initially this Prior Case number).

Also should be notice upon this Court Denied Judgment Filed o Jan. 26, 07- Since it did not state I was under a 30 day deadline/o or an extention to file a Notice of Appeal ect COA - The Prison Facility nid not honor me for being under any kind of Court deadline.

Also should be notice that I've Recently been Transferred to CTF and still housed under ASU/SHU living condition to make copies and wri o filed a CDC-602, which I used some of your Recent Court documentation in support Aswell I'm Suffering from Severe Mental illness

Dated: March 04, 2007      A. Ex. 162
PAGE-2
Derrick L. Shedge

# INMATE/PAROLEE
# APPEAL FORM

CDC 602 (12/87)

Attachment

1. _____    2. _____
2. _____

X-1-2

10-14

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|-----------|------------------|
| Derrick L. Shedge | P-43766 | | B/Q 4288 |

**A. Describe Problem:** I've been severely deprived/denied (Court Access) of my Constitutional Rights Guarantee by due process Clause of Fourteenth Amendment And Equal Protection/Equal Rights; And as define under Gilmore V California No. CV-66-45878 (N.D. Cal.) And Lathan V Oswald (1973, SD NY) 359 F Supp. 85 ect... (Attn: due to many 602s became difficult for me to get file as being either to seperate/combine to cause long delays has caused my Explaination writing to be impaired). I had First sougth legal Assistence from out-side Agencies as Prison Law Office And Prison Focus ect... In hopes

If you need more space, attach one additional sheet.      A written Copy has been made continue-

**B. Action Requested:** Amended I be Recompensate for ~~worrying~~ Pain And Suffering ~~...~~ [several heavily crossed-out lines]

Inmate/Parolee Signature: Derrick L Shedge      Date Submitted: MAR 26, 0

**C. INFORMAL LEVEL** (Date Received: _____ )

Staff Response: _____

_____

_____

_____

Staff Signature: _____      Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____      Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

RECEIVED

MAR 2 6 2007
CMC APPEALS OFFICE

APR 1 1 2007
CTF APPEALS

A. Ex. 163

RECEIVED

APR 1 6 2007
CTF APPEALS

RECEIVED
INMATE APPEALS BRANCH
JUL -5 2007

help me cover-up from CMC-E ASU/SHU negligence, effortless concerns for I'm Legal Affairs in order to correspond, access to the Court sufficiently and appropriately for every motion and petition State/Federal Even thought I was initially rejected by the Court (See Exhibit-A to Notified the Court of my initial ASU/SHU placement) I still kept trying in my own effort thought confined under cruel restriction that somehow I just want to give-up and blame this facility. I was presently litigating courts issues with due process stage for Appeals ect... such as to stop both IRS and Dept. of Education from still holding me accountable for late payments principle interest penalties that are still being accumulating penalties cost daily though I'm in prisonment. (See Refer in support CMC-E-07-00354). Also I was litigating to Seal my Juvenile Records which has been misinterpret prejudicial used against me especially by CDCR/CMC-E ~abelling (See Exhibit-B which next step was to Appeal the next level Attn: that CMC-E Appeal Office said I could Appeal it untill it happen well it now 3/20/07 the 60 day Appeal deadline deadline I've even wait to the last day in support to show the Court how this Appeal Office is quick to Reject I'm on delays but have deliberately indifference for their delays). Also I was litigating my current/present 3-Strike conviction (See Exhibit-C which is the cover-sheet of the Central District denial) Again which the Appeal Office Reject months ago. Also being denied/deprived other Legal documents/material (See Refer? CMC-E 07-00518); has also play a part to cause great to have now pressure an heavy burden which is severely stressful of still trying to lit litigate upon such Court delay even if I was a real Attorney with a computer is worrying me that my chances for freedom may became impaired at the hand of CMC-E for I've been litigating over 8yrs studying vote taking ect,.. I have been allowed only twice to attend the Law library once in January and once in March each for 1:30 at most. And even though CMC-E ASU/SHU has a paging Law Library procedure, but without legal assistance I had a difficult time requesting the Appropriate Book to rewrit the correct form to for motion/petition forms authority ect... such as Appeal and Writ Federal Habeas corpus Form Instruction ect... (See Exhibit-D pages 1-2). That is not allow in CMC-E ASU/SHU.

It has also been difficult or denied additional writing paper or legal out-side legal Aid or to exchange the pen upon the ink used-up. When I inquired to the normal 2nd watch CCCMS/EOP officers he said he never heard of such thing. Though I had to trade bad Item for extra paper these such Officer has no consideration

A. Ex 16  over 

io~ mental ill inmates that isn't under prison Politic Racial Rules as the other floors which Officer has consideration

ON 3/14/07 I was Finally Allowed to go to the law library that night I marked a emergency/deadline Application ASU-054 And wasn't call to go the following week. But he whom caused over 40 I/m that was friend to become entrap in a Riot get more opportunities then me only in hopes to discover a loop-hole from his Action.

Or having one of the dishonest Officer read this and out of Retaliation use it against me. Even though for month I held my discomfort to try and work around all these denial until I got tire of witness how EOP/CCCMS inmates get taking advantage of by Some Officers !!

Date: 3/20/07

Derrick L. Sledge
Petitioner

Amending 4/13/07
Continue of Action Requested

Emotional and Psychological distress Damages upon a just Fact Finding that support my deprivation to court Access appropriate Court Communication ech... caused by CMC-E staff/official negligencies and Refusing to honor the Rules regulation laws it should had govern under 15CCR. The Attached official court document are copies for exhibits in support of my argument, to show damage exist.

Derrick L. Sledge

Date: 4/13/07

A. Ex. 165

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the INFORMAL Level

*March 26, 2007*

*SLEDGE, P43766*
*EFBQB4F200004288*

Log Number: CMC-E-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*The action or decision you are appealing was not taken by the California Department of Corrections, and is therefore outside our jurisdiction. We are returning the documents to you so you may pursue the matter through the appropriate agency CCR 3084.3(c)(1).*

*CDC does not have control over the Courts, therefore, CDC does not have the authority to change the Courts decision not to accept your paperwork. If you disagree with their decison then you will need to write to the Courts.*

D. Engler/M. Veia
CC-II Specialist
California Men's Colony

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

---

| PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE |
| --- |

A. Ex. 166     

# Exhibit Cover Page

Amended— (A), Exhibits-(Ex.), Pages-(Pgs.)

A. Ex. Pgs. 167 To 186

Plaintiff— Additional Support of CMC-E/
CTF-Central Retaliation for
hardship by way of Denying
Plaintiff a fair/Just impartial
CDC-602 Review

50-26,35    10-22-55
4-11-7  50-29-35   4-6-07
6-26-07

# INMATE/PAROLEE
# APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region

1. _____     1. _____     Category
2. _____     2. _____     5 - 10

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Derrick L Sledge | P-43766 | | XW-132L |

A. Describe Problem: Upon being transfer from CMCE-ASU/SHU to CTF in which I had accumulated excessive personal property by way of Tennis Shoe, cassett Tapes, personal clothen and legal, Religious And Educational Material/Books All of which was Process by CTF-R&R C/O D.W McGriff SR. on 3/27/07-In which my Constitutional Rights; Equal Protection; Cruel And Unusual Punishment And a deprivation to freedom of Religious ect Rehabilitation ect... has all been violated by Deliberately Indifference and misinterpretation with Prejudice enforcement of CDCR 15CCR Article 9: Personal Property

If you need more space, attach one additional sheet.                            2nd Level

B. Action Requested: To be Recompensated Relief for- Compensatory Damages And Punitive / Injunction Relief. That CTF pay insure All mailing insurance cost to Mailing them few Items home And any other Relief ther Relocation from CMC-E Concerning my Typewriter (Beather 500)

Inmate/Parolee Signature: Derrick L Sledge                   Date Submitted: 4/5/07

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

Staff Signature: _____                    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

See Second level Response by I/m

_____

_____

Signature: Derrick L Sledge                    Date Submitted: 4/19/07

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

RECEIVED     RECEIVED     RECEIVED RECEIVED
APR 6 2007     APR 11 2007     JUL 2 2007   JUL 12 2007
CTF APPEALS     CTF APPEALS     CTF APPEALS  CTF APPEALS

A. Ex. 167

First Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: Due Date:

Interviewed by:

RECEIVED

Staff Signature: Title: Date Completed:

Division Head Approved: Returned

Signature: Title: Date to Inmate:

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

See thrid level Response by I/m

Signature: [signature] Date Submitted: 4/19/07

Second Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: Due Date:

☐ See Attached Letter

Signature: Date Completed:

Warden/Superintendent Signature: Date Returned to Inmate:

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Please send All Attach paper back to I/m I've consistantly Request for Assistance but the event happen together had I filed seperate 602 one issue would have went by the 15 day limitation or had I file the both on different 602 I would of been accuse of abuse of filing 602 when I Put two issues in one 602 the Appeal office tell me I should of seperate the issues And when I seperate I should put them together this system has a very dishonest 602 Appeal system

Signature: [signature] Date Submitted: 4/19/07

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☐ Denied ☐ Other

☐ See Attached Letter

Date:

CDC 602 (12/87)

0703646

A. Ex. 168

STATE OF    ~NIA                                                              DEPARTMENT OF CORRECTIONS

INMATE/PAROLEE
APPEAL FORM
CDC 602 (12/87)

| | Location: Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| | 1. _____ | 1. _____ | 5 - 1 |
| | 2. _____ | 2. _____ | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Derrick L. Sledge | P-43766 | School | CW-134L |

A. Describe Problem: Upon being transfer from CMC-E ASU/SHU to CTF in which I had Accumulated excessive personal property by way of tennis shoe Cassettee Tapes, personal Clothen and legal Religious and Educational Material Books All of which was Process by CTF- R+R % D W McGriff Sr. on 3/27/07 In which my Constitutional Rights Equal Protection, Cruel and Unusual Punishment And A deprivation to freedom of Religious ect. Rehabilitation ect. has All been violated by Deliberately Indifference And misinterpretation with Prejudice enforcement of CDCR 15 CCR Article 9, Personal Property

If you need more space, attach one additional sheet.

B. Action Requested: To Be Recompensated Relief for -Compensatory Damages And Punitive /Injunction Relief. That CTF pay in full All mailing insurance cost to Mailing them few Items home And any other Relief there is Relocation from CMC-E Concerning my Typewriter (Brother 500)

Inmate/Parolee Signature: Derrick L Sledge                 Date Submitted: 4/5/07

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

Staff Signature: _____                 Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

Signature: _____                 Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

RECEIVED
JU   2007
CTF APPEALS

CDC Appeal Number: _____

A. Ex. 169

rst Level   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____

REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

nterviewed by: _____

_____
_____
_____
_____
_____
_____

Staff Signature: _____ Title: _____ Date Completed: _____
Division Head Approved: _____ Returned
Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____
_____
_____
_____

Signature: _____ Date Submitted: _____

Second Level   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____
☐ See Attached Letter

Signature: _____ Date Completed: _____

Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____
_____
_____
_____

Signature: _____ Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

0703645

DIRECTOR'S ACTION:   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____
☐ See Attached Letter

Date: _____

CDC 602 (12/87)

A. Ex. 170

in a conjunction to contradict Rehabilitation and personal safety Concerns Of confidential document being expose Now (has enhancement my mental illness).

1) Though CMCE facility was initially at fault for not Allowing me too at some point verify and package seperate my personal property ~~either~~.. to claim Items to be missing such as my Typewriter (Brother 500) ect... (~~has not~~ Because I had not review all Item then). Before transferring (See Refer. 602-CMC-E-07-00518 and ect...8) Which support in my case that whatever a CDCR staff unreport or/and be negligent to locate Items I've stated as being missing such as the Typewriter. Even more so when that RVP has destroyed/misplace my Receipts verification by my then 2001 Bed Card Property Receipt before it change over into a Computer Receipt.

2) For me having excessive property with no consideration for it being legal material ect... Had me forced to throw away such legal Item that contained personal safety info. (such as R-Suffix issue) without first destroying my Identity on them document info. Having me now mentally/emotionally impaired. For I was being severely pressure of limiting my property instead of ~~giving to~~ given time to Review the items which cause me to throw away current litignting material which has severely impaired my legal due process ect... Causing me severe Hardship to Recover from.

3) Also I was forced to throw away alot of good cassette Tapes Educational Books and Religious material I should of been Allowed to keep since it was already in the System. Or given the option of Sending Item homes at the cost of CDCR/CTF. Instead of worrying about upsitting c/o McGriff which forced me to throw away important and harmful documents that can be misinterpret the

over    A. Ex. 171

wRong way if found by the wrong inmate

    I feel I've been punish severe now though it came from my desire of obtaining A full Rehabilitation — When I was not permitted fair Opportunity to Review the material Items before I was force to throw it AwAy

Date 4/5/07

Submitted By
Derrick L Sledge
DeRRick Lee Sledge

A. Ex. 172

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the INFORMAL Level

April 9, 2007

*SLEDGE, P43766*
*CFXWT1000000132L*

Log Number: CTF-S-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*Your property appeal is incomplete. You must attach legible copies of all documents relative to ownership and loss/destruction of the property. For example: the Property Inventory Sheet, the CDC 143, Property Transfer Receipt, the cell search slip, and receipt(s).*

*Comments: Separate your issues: you state that CMC and CTF lost your property. List lost property per institution and cost.*

J. Aboytes / B/G. Dennis
Appeals Coordinators
Correctional Training Facility

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

```
PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE
```

A. Ex. 173

4186

# INMATE PROPERTY INVENTORY

NAME: S/EDG∠S    CDC #: P-43766    ROOM #: 5102    DATE: 12-18-06

REASON: AD-SEG    INVENTORIED BY: C/O J HANSEN

| CANTEEN ITEMS: | | | |
|---|---|---|---|
| **Body:** | ☑ Chips/Pork Rinds....... -3- | ☐ Letters .................. X | **GAMES:** |
| ☑ Deodorant.............. -14- | ☑ Cookies/Crackers ...... -9- | ☑ Paper - Loose ........... X | ☐ Chess ..................... |
| ☐ Q-Tips.................. | ☐ Granola Bars............ | ☐ Paper - Tablet ............ | ☐ Checkers ................. |
| ☑ Wash Cloth(s)......... -2- | ☐ Condiments/Hot Sauces - | ☐ Pens/Pencils ............. | ☐ Dominoes ................ |
| **Hair:** | ☑ Jam/Jelly/Honey ...... -2- | ☑ Personal Papers ......... X | ☐ Pinochle Cards ........ |
| ☑ Conditioner............. -1- | ☐ Nuts/Popcorn............ | ☐ Stamps (100)............. | ☐ Other: ..................... |
| ☑ Grease/Gel/ | ☐ Pastries ................. | **Sundries:** | **NON-EXPENDABLE ITEMS:** |
| Petroleum Jelly ....... -3- | ☑ Peanut Butter............ -4- | ☑ Bowls ...................... -3- | ☐ Calculator (1)............. |
| ☐ Net...................... | ☐ Peppers ................. | ☐ Cup - Ceramic ........... | ☐ Clock (1) ................. |
| ☐ Perm Kit................ | ☑ Soups ................. -56- | ☐ Cup - Plastic ............ -1- | ☐ Electric Razor (1)....... |
| ☑ Shampoo............... -5- | ☐ Spices/Sugar............. | ☑ Pitcher ................... -1- | Make: |
| ☐ Spray................... | ☐ Pickles.................. | ☐ Tumbler................... | ☐ Beard Trimmer (1) ..... |
| **Lotion:** | **Instant Drinks** | ☐ Tub...................... | Make: |
| ☑ Baby Oil/Oil............ -3- | ☐ Cocoa .................. | **Tapes/CD's (12)** | ☐ Cordless Shaver (1).... |
| ☑ Hand.... 1............ | ☑ Coffee.................. -2- | ☐ CD's ...................... | Make: |
| ☐ Tan..................... | ☐ Instant Drinks ............ | ☑ Cassettes ............. -46- | ☑ Extension Cord (1) .... -1- |
| **Powder:** | ☐ Tea Bags/Instant......... | **Miscellaneous:** | ☐ Foot Locker (1) .......... |
| ☐ Foot .................... | ☐ Sodas................... | ☐ Rug - Religious.......... | ☑ Fan (1)................... -1- |
| ☑ Talc .................... -1- | ☐ Bottled Water............ | ☐ Wallet ................... | Make: Kool Operator |
| **Shaving Supplies:** | **VITAMINS & DRUGS:** | **CLOTHING:** | S/N: |
| ☐ After Shave ............ | ☑ Vitamins ................ X | **Caps/Headgear:** | ☑ Headphones .......... -1- |
| ☐ Cologne................ | ☐ Protein Mix ............. | ☑ Baseball (1) ............ -1- | Make: COBY |
| ☐ Razor................... | ☐ Drug/Cold .............. | ☐ Bandanas (5)............. | S/N: |
| ☐ Blades - Disposable .. | ☐ Chap Stick.............. | ☐ Headband (1) ........... | ☐ Lamp (1) ................ |
| ☑ Razor - Disposable ... -10- | ☐ Ointments............... | ☑ Watch Cap (Beanie) .. -2- | Make: |
| ☐ Shaving Cream.......... | **PERSONAL PROPERTY:** | ☐ Wave Cap .............. | S/N: |
| **Soap:** | **Books (10):** | **Shirts:** | ☐ Musical Instrument (1) |
| ☑ Bars ................... -11- | ☐ Dictionary ............... | ☐ Dress (2)................. | Type: |
| ☑ Laundry .......... -2- | ☐ Education ............... | ☑ Tank Top ............... -3- | Make: |
| ☑ Noxema ............... -2- | ☑ Hardback ............... -3- | ☑ T-Shirts (10)............ -6- | S/N: |
| ☑ Soap Dish ............. -6- | ☐ Magazines .............. | **Shoes:** | ☐ Racquet (1)............. |
| **Dental:** | ☐ Religious................ | ☐ Boots (2)................. | Type: |
| ☐ Dental Clean........... • | ☑ Softback ............. -12- | ☐ Dress ................... | Make: |
| ☐ Dental Floss ........... | **Clippers:** | ☑ Sandals (1) ............. -1- | ☐ Stinger (1)............... |
| ☐ Mouth Wash ........... | ☐ Finger Nail ............. | ☑ Shower (1)............... -1- | **Religious Medal:** |
| ☐ Toothbrush ............ | ☐ Toe Nail ............... | ☐ Slippers/House (1)...... | ☐ Chain (1) ................ |
| ☑ T-Brush Holder........ -1- | ☐ Tweezer ................ | ☑ Athletic Shoes ......... -6- | ☐ W/M ☐ Y/M |
| ☑ Toothpaste............ -8- | **Combs/Brush:** | **Shorts:** | ☑ Medal (1) ............... |
| ☐ Dentures/Partials....... | ☐ Afro Pick ............... | ☐ Athletic (2).............. | ☐ W/M ☐ Y/M |
| **Miscellaneous:** | ☑ Comb - Regular ....... -3- | ☑ Boxer/Underwear (10).. -1- | **Watch:** |
| ☑ Batteries .......... AA   13 | ☐ Comb - Large .......... | **Sweat/Weather:** | ☐ Pocket (1) ............... |
| ☐ Can Opener............ | ☐ Hair Brush .............. | ☑ Pants (2) ............... 2 | Make: |
| ☐ Mirror .................. | ☑ Palm Comb............. -1- | ☑ Shirt (2) ............... -2- | ☐ W/M ☐ Y/M |
| ☑ Mirror - Broken ......... | **Glasses:** | ☐ Sweater (1)............. | ☐ Wrist (1) ................ |
| ☑ Sewing Kit ............. -1- | ☐ Prescription (1)........... | ☑ Thermal - Bottoms (1) -1- | Make: |
| ☐ Shoe Brush | ☑ Sun (1)................. -1- | ☐ Thermal - Tops (1) | |

A. EX 174

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the INFORMAL Level

April 11, 2007

*SLEDGE, P43766*
*CFXWT1000000132L*

Log Number: CTF-S-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*This appeal constitutes an abuse of the appeal process pursuant to CCR 3084.4. Refusal to interview or cooperate with reviewer shall result in cancellation of the appeal per CCR 3084.4(d).*

*Comments: Separate appeals:*
*1) CMC lost typewriter*
*2) CTF enforcement of property policy*

*2nd notice*

J. Aboytes / P. G. Dennis
Appeals Coordinators
Correctional Training Facility

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

A. Ex. 175

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION    ARNOLD SCHWARZENEGGER, GOVERNOR

**INMATE APPEALS BRANCH**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



June 13, 2007

SLEDGE, CDC #P-43766
Correctional Training Facility
P.O. Box 686
Soledad, CA 93960

Re: Personal Property

Dear Mr. SLEDGE:

The enclosed documents are being returned to you for the following reasons:

This office provides the Director's Level Review of inmate/parolee appeals. The form must be completed through the Second Level of Review on behalf of the Warden or Parole Region Administrator. Your appeal was rejected, withdrawn or cancelled. If you disagree with that decision, contact the Appeals Coordinator. You must comply with instructions from that office.

Your assigned counselor, the Appeals Coordinator, or your Parole Agent can answer any questions you may have regarding the appeals process. Library staff can help you obtain any addresses you need.

N. GRANNIS, Chief
Inmate Appeals Branch

****PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE****

A. Ex.176

From I/m D. Shedge P-43766
CW-134 L    6/25/07

Re: Director level Review And instruction

Please Take Notice After your CTF Appeal Office screening Reasoning on 4/9/07 Immediately on 4/19/07 Sought Director level Review under All time limitation Judicary CDCR Review for Exhaustation Requirment. Both CMC lost of the typewriter And CTF enforcement of property policy Are both the same subject of this inicident For I WAS Force to throw AWAY property Receipt of my typewriter. As I Stated to your R&R Officers I WAS placed in ASU/SHU And WAS denied to Review my Property until that present moment To force me to throw Item paper work AWAys without having time to Review Such Items to present proof to my facts to him would. Allow each Facility to Cover-up the other error's violation And to do AS you Request (screened) to File seperAtely 602 for this one issue would had cause A conflict of interest to Allege. then I past the time deadline ect..

Herenow After due diligence / And mental Abuse for that due diligence I must Accept your Response AS Adminstration exhaustation To State to the Court that your entire Appeal due process has forfeit ANY And all Inter Arguments And conceal A Misscar miscarringe of Justice to not had Force CMC-E to clean up there violation this Facility made me throw document AWAy

Derrick Shedge
Derrick R. Shedge

RECEIVED
JUN 26 2007
CTF APPEALS

A. Ex. 177

State of California
**CDC FORM 695**
**Screening For:**
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

June 27, 2007

*SLEDGE, P43766*
*CFCWT1000000134L*

Log Number: CTF-S-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*You are not authorized to BYPASS any level or respond in STAFF RESPONSE. Please resubmit on an original CDC Form 602.*

*YOU HAVE FILLED IN SECTION D, F, & H WITH NO STAFF RESPONSE. DO NOT COMPLETE THESE SECTIONS UNTIL STAFF RESPONDS TO YOUR APPEAL. SUBMIT ANOTHER APPEAL (SEE ATTACHED)*

J. Aboytes / P. C. Dennis
Appeals Coordinators
Correctional Training Facility

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

## PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE

A. Ex. 178

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

July 9, 2007

*SLEDGE, P43766*
*CFCWT1000000134L*

Log Number: CTF-S-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*Only supporting documentation necessary to clarify the appeal shall be attached to the appeal CCR 3084.2(a)(2).*

*Comments: Multiple issues:  1) CTF forcing you to mail your property home  2) CMC staff not listing all your alleged property on the inventory form. You filed an appeal at CMC for you missing property which was answered Log #CMC-07-518. Separate your issues on different appeals.  You signed your CMC property appeal which accounted property on 12/21/06.*

J. Aboytes / B. G. Dennis
Appeals Coordinators
Correctional Training Facility

**NOTE:**  Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d).  This screening decision may not be appealed.  If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents.  You have only 15 days to comply with the above directives.

---

## PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE

A, Ex. 179

Additional Fact For Pending VCGCB Re: Claim
G567283

From: I/m D. Sledge P-43766
CW-134 L                                    Please Keep Attached
7/11/07                                           A-K

To: CTF Appeal Office in Response to its 7/9/07 Screening
Rejection 695 Form (Attn: Please don't alter/remove the already started
Attach 695 Form and please Re-attach all
Responses I submitted with Every 695 that is
not currently attached)
    Due to due diligence of trying to have this and other 602
process Review this will be my last Facility Attempt under
Administration Exhaustation Requirement. And Mental Abuse
cause by CTF Appeal Office.

    This is not multtiple issue, because I don't know where my
property was destroyed, lost or misplaced either when I was
dishonest forced to mail Item home or forced to throw Item aways
to verify verify the Item CMC-E Staff failed to inventory and
this Facility failed to notice or be concern that Item was in my
property not on the inventory Receipt in support of all my facts
which would be difficult to seperate since it all occurred upon being
process into this facility and it being the last procedure that I'm appeal
all other is supportive facts to my main Argument
    Therefore due to the trickrey how this Appeal office wants/would me to
seperate this issue Require me to have Staff assistence along with other
mental illness/abuse. To allow me to obtain Fair/Equal Due Process Right.
    And you can are guessing and not investigating to show your pure
prejudice previous filed missing property CMC 07-518 has nothing to due with CTF
misconduct but misconduct to have me destroy/ and conceal evidence
that pending to presently under Internal Affair investigation concerning this
CMC-E issue  Date 7/11/07    A. Ex. 180    Derrick D. Sledge

.e of California
CDC FORM 695
Screening For:
CDC 692 Inmate/Parolee Appeals
CP 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*July 20, 2007*

*SLEDGE, P43766*
*CFCWT1000000134L*

Log Number: CTF-S-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*You are not authorized to BYPASS any level or respond in STAFF RESPONSE. Please resubmit on an original CDC Form 602.*

*Multiple Issues: 1) CMC for loosing typewritter  2) CTF for enforcing the property restriction and you paying to send your property home. Seperate your issues. You have filed sections F and H wihtout a staff response on section "E". You continually fail to adhere to screen out instructions to allow staff to answer your appeal.*

J. Aboytes / G. Dennis
Appeals Coordinators
Correctional Training Facility

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

---

| PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE |
| --- |

A. Ex. 181

I/m D. Sledge  P-43766
7/24/07        CW-134

Re: Responding to July 20, 2007  695 Form

I Follow[ed] your Instruction, I've Attached
Another 602 And has not fill in Section F And H
Please Review All Attach documents In which
you Stamped on Jul-5, 2007 CTF Appeals
Now A-L document Attached in support that I
have follow the Appeal Screening which staff
is not playing attention at all. Please interview
me do something to see your mistakes for causing
Severely delays

                              Derrick L Sledge

A. Ex. 182

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

July 26, 2007

*SLEDGE, P43766*
*CFCWT1000000134L*

Log Number: CTF-S-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*Only supporting documentation necessary to clarify the appeal shall be attached to the appeal CCR 3084.2(a)(2).*

*Comments:   Multiple issues you want monetary relief for property lost at two (2) institutions  1)  CMC for your lost typewriter  2) CTF for enforcing the property restriction in which you mailed property home at your expense.  Separate your issue at CTF into a separate appeal, if desired you filed property appeal CMC-E-07-00518.  You signed for your property on 12/21/06 at CMC.  You did not claim a missing typewriter until 4/6/07.*

J. Aboytes / P. G. Dennis
Appeals Coordinators
Correctional Training Facility

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d).  This screening decision may not be appealed.  If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents.  You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

A. Ex. 183

From I/m D. Stedge P-43766
July 27, 2007

To: Director's Level Review

Re: CTF is manipulating its Appeal 602 Authority
to deny me 602 Property Violation Review here A CTF
not CMC-E

Please take notice Director's level that this is my
final due dillgent Attempts of trying to get this 602
Process.
CTF has misinterpret my issue has Refuse to give
me Staff/counselor Assistance or clearly explain to me
how to obtain CTF 602 Review.
CTF R+R Official didn't Check off All Item that CMC-E
inventoryed to support Items was missing And Items was
there with no inventory documents. Director's Level must
deal with CTF Appeal Office directly. For my next attempt
will be to Federal Court Review.

CC: A Written Copy
been Sent to Prisoner                    Sincerely
Advocate Agencies For                    Derrick L. Stedge
Assistance

Please keep all
16 Document Attach
And Returned back

A. Ex. 184



**INMATE APPEALS BRANCH**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001

August 29, 2007

SLEDGE, DERRICK, P43766
Correctional Training Facility
P.O. Box 686
Soledad, CA 93960

RE: IAB# 0703646       PROPERTY

Mr. SLEDGE:

The Inmate Appeals Branch, California Department of Corrections and Rehabilitation (CDCR) acts for the Director, Division of Adult Institutions, at the third level of appeal. The Branch examines and responds to inmate and parolee appeals that are submitted on a CDC Form 602, Inmate/Parolee Appeal Form, after the institution or parole region has responded at the Second Level of Appeal.

Institution and parole staff are available to assist you in obtaining additional copies of forms and documents required to submit an appeal. The inmate library offers resources and assistance to obtain general information regarding regulations, procedures, policies, and government agency addresses. Additionally, your assigned Counselor or Parole Agent, or the Appeals Coordinator can answer any questions you may have regarding the appeals process. The Inmate Appeals Branch appreciates your responsible use of the appeal system to address your grievance.

The Inmate Appeals Branch has received an appeal from you and has determined that it does not comply with the appeal procedures established in California Code of Regulations (CCR) Title 15, Article 8, and is being screened-out and returned to you pursuant to CCR 3084.3 for the following reason(s):

The CDC 602, Inmate/Parolee Appeal Form, must be completed through the Second Level of Review on behalf of the Warden or Parole Region Administrator.

N. GRANNIS, Chief
Inmate Appeals Branch

****PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE****

A. Ex. 185

STATE OF CALIFORNIA –DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR



### INMATE APPEALS BRANCH

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001

August 29, 2007

SLEDGE, DERRICK, P43766
Correctional Training Facility
P.O. Box 686
Soledad, CA 93960

RE: IAB# 0703645        PROPERTY

Mr. SLEDGE:

The Inmate Appeals Branch, California Department of Corrections and Rehabilitation (CDCR) acts for the Director, Division of Adult Institutions, at the third level of appeal. The Branch examines and responds to inmate and parolee appeals that are submitted on a CDC Form 602, Inmate/Parolee Appeal Form, after the institution or parole region has responded at the Second Level of Appeal.

Institution and parole staff are available to assist you in obtaining additional copies of forms and documents required to submit an appeal. The inmate library offers resources and assistance to obtain general information regarding regulations, procedures, policies, and government agency addresses. Additionally, your assigned Counselor or Parole Agent, or the Appeals Coordinator can answer any questions you may have regarding the appeals process. The Inmate Appeals Branch appreciates your responsible use of the appeal system to address your grievance.

The Inmate Appeals Branch has received an appeal from you and has determined that it does not comply with the appeal procedures established in California Code of Regulations (CCR) Title 15, Article 8, and is being screened-out and returned to you pursuant to CCR 3084.3 for the following reason(s):

Your appeal was rejected, withdrawn or cancelled. If you disagree with that decision, contact the Appeals Coordinator. You must comply with instructions from that office.

*(signature)*

N. GRANNIS, Chief
Inmate Appeals Branch

---

**\*\*\*\*PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE\*\*\*\***

---

A. Ex. 186

# Exhibit Cover Page

Amended - (A), Exhibits - (Ex.) Pages (Pgs.)

A. Ex. Pgs. 187 To 212

Plaintiff - (Final) Institutional Classifications Committee - (Icc) / CDC - 602 Appeal (exhausted). Concerning improper Conduct of Defendant. M. ARFA CMGE Chairperson. Note: See A. Ex. Pg. 196 - many of the label official was Replaced Defendant M. ARFA improper Concerns deprived Plaintiff from having the many All Violations that produected / established from A. Ex. Pgs. 76 to 212.

Emergant! for the long delay for me to Filed my!
SAFETY CONCERN FACILITY

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

| INMATE/PAROLEE APPEAL FORM | 2ND LEVEL | Location: Institution/Parole Region | Log No. | Category |
|---|---|---|---|---|
| CDC 602 (12/87) | | 1. CMC-E | 07-01056 | C-1341 |
| | | 2. | 07-01729 JUL 9 2007 | Cust/class |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Derrick L. Sledge | P-43766 | | BQ 4186 |

A. Describe Problem: Upon my 2/8/07 ICC Hearing concerning SHU-Term / Transfer and ASU until being Transfer-Procedure was uncon-stitutional, A violation to my Federal Civil Rights (du process / liberty) And the laws govern under 15 CCR. Sections 3375 through 3378 ect... Facts At this Hearing was Already predetermine meaning Any mitigating evidence Factors I would had presented would not had matter For this ICC Hearing. For example I was only given one month-off A 4 month SHU-Term (continue-

If you need more space, attach one additional sheet.    Written copies been made

B. Action Requested: To be given A impartial Re ICC Hearing. this 2/8/07 ICC be disregard expung, I be recompensate for only been given one mitigation And only served to All 5 with no Aggeravating Factors, to directly be transfer to SQ AIA And everyone understand my Ag Anger After becoming totally False Accuse when conduct was contrary

Inmate/Parolee Signature: Derrick L. Sledge    Date Submitted: 02/15/07

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

BYPASS

Staff Signature: _____    Date Returned to Inmate: _____

INMATE APPEALS BRANCH
RECEIVED
JUL 23 2007

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

BYPASS

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim.

FEB 22 2007
CMC APPEALS OFFICE

RECEIVED
MAY 4 2007
APPEALS

MAR 21 2007
CMC APPEALS OFFICE

MAY 15 2007
CMC APPEALS OFFICE

CDC Appeal Number:
07 - 01729

A. Ex. 188

| First Level | ☐ Granted | ☐ P. Granted | ☒ Denied | ☐ Other |

REVIEWER'S ACTION (Complete within 15 working days): Date assigned: **MAR 2 1 2007**    Due Date: **MAY 0 2 2007**

Interviewed by: _____ See attached memorandum _____

**APR 2 3 2007**

CMC APPEALS OFFICE
**APR 2 3 2007**

Staff Signature: _____ D Samuel    Title: CC-II    Date Completed: **APR 2 3 2007**

Division Head Approved: _____    Title: AW CS    Returned
Signature: _____    Date to Inmate: **APR 2 4 2007**

If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response. This ICC Acted with pure prejudice-Because it Reviewed only info produced by A dishonest Officer And conseal-ment by his friends/coworker, Prejudice to review by evidence I was illegal/unjustly founded Guilty. ICC focus only toward th Valentine's need of each other desirous, Negligence of my Hardship/enemies At STF Given the same Mitigating Factor that other also gotten whom behavise be worst isn't mitigatin to be forced to STF with many other Lifers OA Job Being A punishment I'm Cruel + Unusual p

Signature: _____ Derrick T Lodge    Date Submitted: 05/02/07

| Second Level | ☐ Granted | ☒ P. Granted | ~~☐ Granted~~ | ☐ Other |

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: **MAY 15 2007**    Due Date: **JUN 13 2007**

☒ See Attached Letter

Signature: _____ D Wright, CC-II    **JUL 03 2007**    7-3-07

Warden/Superintendent Signature: _____    Date Returned _____    **JUL 03 2007**    Completed: 7-3-07

CMC APPEALS OFFICE

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response. Every Director Level Justification be the I/m hasn't produced Additional Facts for Relief (Justice). In my case/This matter due to corruption by CMC-E Appeal Office I've been denied fair 602 to have Attached that Additional info. which for this Director Review should conduct its own impartial Evidentary Hearing. To discovery this matter Corruption, Code of Silent Among its Official such As CMC-E Appeal Office staff, the 2/8/07 ICC moreso LCSW lady-Continue Attach

Signature: _____ Derrick T Lodge    Date Submitted: 7/17/2007

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

Please send back all Attached documents please

| DIRECTOR'S ACTION: | ☐ Granted | ☐ P. Granted | ☒ Denied | ☐ Other |

☒ See Attached Letter    Date: **OCT 1 7 2007**

CDC 602 (12/87)

A. Ex. 188

1. Sect Continue

When in fact this was my first ever Incident Report; that was support by other Staff Reports that the White I/m's had only group up A few time which Staff made them ungather (8th Amendment Violation) for staff failure to immediately intervene A constitutional duty to protect other Prisoner from violence. For their to deliberately disregard excessive Risk from occurring watching the black inmate become attack first, For which his ICC Hearing still imposed such SHU punishment without adequately ensuring . Received fair due process ( for which I had priorly filed CDC-602 CMC-E-07-0220 ; CMC-E I/m IE Report that was passed back and forth from I/m Appeal Office Petitioner from 1/12/07 to 2/28/07 before office reject it And CMC-E-07-00398) Not , exclude the many of Legal Aid letter I sent such to (both Internal Affair Office Both Inspective General office And many others) All of Which support I obtain constitutional violation for this Fundamental miscarriage of justice. In which this ICC Acted with deliberate And callous indifference to continue to have ie suffer even more duration of Cruel And unusual punishment on insufficient evidence And partial, inadequate disciplinary hearing deprived of minimum IE, that his ICC was never concern About misuse of power under Color of State Law to have judment on A I/m me that has damaged me physically emotionally, And mental Abuse there was Nothing in Incident Investigation Report that support me to be relate or Abel to this one Blk. I/m that cause this incident to initiate, contrarily it as Report of these two being involved each on other for violence to cause exposure to constant threat of violence to occur being they was White And Black with A history of prior ach Racial violence to entrap unRacial inmate into this. And in my Case, Honestly I as never fighting I/m Lutz whom had been Pepper Strayed 2x different C/o being eported Activity of uncontrol violence And not wanting to stop fighting. But I'd legally nalified for every Mitigation factor (but contrarily given only one) under Sect 3341.5 (B)(10)(A)·(5) And no Aggravating Factors.

Attn The ICC 128g names Are different from their true identity I believe because the ung Phys is Tech way young and had Bracklet's but For not participating with the ICC chairman CDA (A) D. Carey Joking (in a blackmale way) About Valentine's Day then my SHU-Teem was over what will I be doing, "so what are you going to be joing on this Valentine's Day - As preferring to me I/m Sledge but having to force imself across a table as really to be talking to this young phych-Tech (I though Mrs Jordan) but the 128g States T. Ross, (thats how being newly discovered inf the true officiation on my 128g isn't the true persons). For not responding for the intead I hold to be process to the end As guilty when in honesty I am completely nnocence And now this proffessionally D. Carey CDA (A) using me for A Alentine Day enquiry Really meant for this lady being he also forgetting the true ay of Valentines made me not to respond immediately for being falsely accused iegally found Guilty serving severely hardship ASU/now SHU punishment, being deprived ny legal pursuit that kept me Alive determine And focus. And A perfect Record