1  Derrick Lee Sledge, P-43766

2  CTF / CW-134L

3  P.O. Box 689

4  Soledad Calif. 93960

5

6  In Pro Se

7

8  IN THE UNITED STATES DISTRICT COURT

9

10  FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  SAN FRANCISCO DIVISION

13

14  Derrick Lee Sledge

15                    Plaintiff

16  V.                                    C 07-4622 CRB (PR)

17

18  David Balkind, R. Schnore

19  J.T White, N.A Ellis, M. Vela

20  S. R. Stinson, M. ARFA And

21  John Marshall

22

23                    Defendants.

24

25  PLAINTIFFS OPPOSITION RESPONSE TO

26  DEFENDANTS MOTION TO DISMISS; MEMOR-

27  ANDUM OF POINTS AND AUTHORITIES

28  IN SUPPORT ...

FILED

08 JUN 23 PM 1:26

U.S. DISTRICT COURT

# TABLE OF CONTENTS

Page

MEMORANDUM OF POINTS AND AUTHORITIES        3

1. FACTS        3-7
2. OBJECTION TO DEFENDANTS
STATEMENT OF ISSUES        7

A. Plaintiff's Due Process
Violation Claims must
"NOT" Be Dismissed... Ect...        7-8

B. Plaintiff's Suit is "NOT"
Barred ... Ect...        8

C. Defendants ARE "NOT"
Entitled To Qualified
Immunity        9

D. Defendants Claims That
Plaintiffs Complaints Fails
To Plead A Claim For Punitive
Damages" is MISLEADING... ect...        10

3. Through 8. Incorporated Due Process
Violations By Defendants        10-20

CONCLUSION        20-21

TABLE OF AUTHORITIS

CASES                                                    Page

Cale v Johnson
861 F.2d 943, 949-50 (6th Cir. 1988)                      7

Chavis v Rowe
643 F.2d 1281, 1287-88 (7th Cir.1981) /
          Cert. denied 454 U.S 907                        16

Clutchettle v Enomoto
471 F. Supp. 1113, 1117 (N.D. Cal. 1979)                  12

Coleman v Schwarzenegger
No. CIV S-90-0520 LKK JFM P                                3

Coleman v Wilson
912 F Supp. 1282, 1297-98 (E.D. Cal. 1995)                3

CNW Corp. V Japonica Partners L.P.
776 F. Supp. 864, 869 (D. Del 1990)                       10

Crawford-EL V. Britton
523 U.S. 574 (1998)                                       2

Duncan V Poythress
657 F. 2d 691 704 / Cert. dismissed
As improvidently granted, 459 U.S. 1012 (1982)            6

TABLE OF AUTHORITIES (continue)

CASES                                                              Page

Duncan v Louisiana
391 U.S. 145, 147-48, 88 S.Ct. 1444 (1968)                          6

Farmer v Brennan
511 U.S. 825, 823 (1994)                                           3,13

Farrar v Hobby
U.S. __ 113, S. Ct. 566, 574-75 (1992)                             10

Freeman v Rideout
808 F.2d 949 (2d Cir. 1986) cert. denied
   485 U.S. 982 (1988)                                              7

Gibert v Frazier
931 F.2d 1581, 1582 (7th Cir. 1991)                                16

Groten v Calif.
   251 F.3d 844                                                     9

Helling v McKinney
509 U.S. 25, 31-32 (1993)                                          3,13

In Re Day (3/9/87 Filed)
Marin Superior Court No. 126836                                    19

TABLE OF AUTHORITIES (continue)

CASES                                                                  Page

King v Cuyler
541 F. Supp. 1230, 1233-34 (E.D. Pa 1982)                              16

Martiner v City of Oxnard
270 F. 3d 852                                                          9

Morrison v Lefevre
592 F. Supp. 1052, 1073 (S.D. NY. 1984)                                7

Patterson v Coughlin
905 F. 2d 564, 570 (2nd. Cir. 1990)                                    20

Rhodes v Chapman
452 U.S 337 (1981)                                                     4

R.S.E Inc. v Pennsy Supply, Inc.
77 F.R.D. 702 703 (M.D. Pa 1977)                                       10

Sandin v Conner
515 U.S. 472, 483                                                      8, 19

Sheppard v LeFevre
116 A.D. 2d 867, 498 N.Y 2d 190
          (N.Y. App. Div 1986)

TABLE OF AUTHORITIS

CASE                                                          Page

Smothers v Gibson
778 F. 2d 470, 473 (8th Cir. 1985)                            9

Toussaint v McCarthy                                          19
801 F. 2d 1080, 1098 cert. denied
          107 S. Ct. 2462 (1987)

United State v Testan
424 U.S. 392. 399, 96 S. Ct 948 (1976)                       8, 9

Walker v Bates
23 F. 3d 652, 657-59 (2d Cir. 1994)                          16

Wilkinson v Dotson
 544 U.S. 74 (2005)                                          8

Wilson v Seiter
501 U.S. 294, 111 S. Ct. 2321, 2324 (1991)                   4, 5, 13

Winston v Coughlin
789 F. Supp. 118, 120-22 (W.D. N.Y. 1992)                    7

Wolff v Mc. Donnell
418 U.S. 539 (1974)                                          4, 10, 11, 13

iiiii

TABLE OF AUTHORITIS

| CASE | PAGE |
|------|------|
| Young v Selsky ___ F. 3d ___ (2d cir. 1994) | 6 |

Constitutional Provision

| | |
|------|------|
| United States Constitutional Amendment VIII | 4 |
| United States Constitutional Amendment XIV | 18 |

Statutes

California Code of Regulations Titl 15

| | |
|------|------|
| Section 3331 (c) (h) (J) | 4 |
| Section 3315 (e) | 10, 11 |
| Penal Code Sect. 2932 | 10 |

United State Code Title 42

| | |
|------|------|
| Section 1983 | 8 |

Court Rules

Federal Rule of Civil Procedure

| | |
|------|------|
| Rule 8 (a) (2) | 2, 8 |

iiiiii