Derrick L. Sledge, P-43766
Correctional Training Facility - (CTF) CW-134
P.O. Box 689
Soledad, CA 93960

FILED
08 JUL -8 PM 1:40

In Pro Se:

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Derrick Lee Sledge,
                Plaintiff
V                                          No. C07-4622 CRB (PR)

DAVID BALKIND, et al.,
                Defendant(s)

DECLARATION FOR ENTRY OF DEFAULT

Derrick Lee Sledge, hereby declares:
I am the plaintiff herein. The complaint herein was filed on September 6, 2006 a document titled "Affidavit" (CD # 1). And on October 12, 2007, this Plaintiff filed a civil

PAGE- 1

1  Rights complaint (CD #4), incorporated with
2  "Affidavit".
3
4  This Court files and record herein show that
5  the Defendants were served by the United States
6  Marshal with a copy of Summons and a copy
7  of the Plaintiffs' complaint on the 11 day of
8  January 2008.
9
10  Which this Court gave the Defendants
11  no later than 90 days from the date of that
12  order of filing a motion for summary judgment
13  or other dispositive motion.
14
15  However on April 10, 2008 an Attorney
16  for defendants R. Schnora, M. Vela, and M. Arfa
17  asked for this Court to dismiss Plaintiff Civil
18  Complaint pursuit to Fed. R. Civ. P. 12(b)(6).
19
20  Though this Court granted Plaintiff
21  Motion for Extension. Plaintiff still submitted
22  his "opposition Response to defendants Motion
23  To Dismiss on June 23, 2008.
24
25  More than 80 days have elaped since the
26  date on which the defendants were order by
27  this Court to had file its motions and has
28  not

PAGE-2

Hereby, the Defendants have failed to answer or otherwise defend as to Plaintiffs' Complaint, or serve a copy of any answer or any defense which it might have had upon Affiant or any other plaintiff herein.

Defendants are not in the military service and are not infants or incompetents.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Soledad California on July 6, 2008.

                          _Derrick L. Sledge_
                                Signature

**PROOF OF SERVICE BY MAIL**
**BY PERSON IN STATE CUSTODY**
(C.C.P. §§ 1013(A), 2015,5)

I, Derrick Lee Sledge, declare:
I am over 18 years of age and I am party to this action. I am a resident of CORRECTIONAL TRAINING FACILITY prison, in the County of Monterrey, State of California. My prison address is:

Derrick L Sledge, CDCR #: P-43766
CORRECTIONAL TRAINING FACILITY
P.O. BOX 689, CELL #: CW-134L
SOLEDAD, CA 93960-0689.

on July 6, 2008, I served the attached:

Declaration For Entry OF DEFAULT

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope (verified by prison staff), with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named institution in which I am presently confined. The envelope was addressed as follows:

Office of the Clerk
U.S. District Court
North District
of Calif.
450 Golden Gate Ave.
San Franciso Calif. 94102
1x Copy
1x Original

Dept. of Justice
Office of the Attorney General.
455 Golden Gate Ave
Suite 11000
San Francisco, Calif. 94102
Attn: Edmund G. Brown Jr.
And /S/ Kyle
1x Copy

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Executed on July 6, 2008.

Derrick Lee Sledge
Derrick Lee Sledge
Declarant

Derrick L. Sledge, P-43766
CTF/CW-134L
P.O. Box 689
Soledad CA. 93960

Legal Mail

Office of the Clerk
U.S. District Court
North District of Calif.
450 Golden Gate Ave
San Francisco Calif. 94102

9410253661 0004



02 1M
0004229613
MAILED FROM ZIP CODE 93960
UNITED STATES POSTAGE
$00.59⁰
PITNEY BOWES
JUL 07 2008