**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 9, 2008

RE:  <u>CV 07-04622 CRB(PR)    DERRICK LEE SLEDGE-v- DAVID BALKING ET AL</u>

Default is declined as to defendants on July 9, 2008.

           RICHARD W. WIEKING, Clerk

           by:  <u>Maria Loo</u>
           Case Systems Administrator