Derrick Lee Sledge, P-43766
CTF/CW-134L
P.O. Box 689
Soledad Calif. 93960



IN PRO SE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DERRICK LEE SLEDGE
    Plaintiff

V.

DAVID BALKIND, et al.,
    Defendant(s).

C 07-4622 CRB (PR)

SECOND REQUEST WITH MOTIONS FOR APPOINTMENT OF COUNSEL

Pursuant to 28 U.S.C. Sect. 1915(e)(1) plaintiff moves respectfully once more for this Court understanding for an order appointing counsel to represent him in this case. In support of this motion, plaintiff states:

1. Again, Plaintiff's imprisonment is greatly

PAGE-1

1  limiting his ability to litigate. So Respectfully
2  Plaintiff pleas with this Court too Grant him
3  Counsel under its extraordinary/exceptional
4  Circumstances.
5      Plaintiff is presently living under Re-
6  taliation And unhumane living condition that
7  has emotionally and mentally impaired him
8  beyond this imagination.
9      Daily plaintiff is being exposed to CDCR/
10 CTF malice and sadistic sovereignty as it
11 manipulate society as being for penological
12 interest (See Attachment - Exhibit 312).
13     Since this 6/18/2008 Lock-down program
14 for its own Officers negligences; causing
15 inmates to be subject to mandatory cell
16 searches that's been the production of the
17 most sadism justification imaginable.
18     Firstly, it should be noted that plaintiff
19 is under psychiatry treatment and medication
20 (CCCMS); so being deprived from out-door
21 exercise (Sun) ect... Medication being enhanced
22 And getting older is effecting plaintiff abilities
23 to function appropriately - Moreso how up and
24 down weight gain has forced him to now take
25 High Blood Pressure medication with moments
26 Away from becoming a diabetic.
27     Then if Plaintiff become "lucky" to
28 Attend the Law Library (for 1-2 hours) it's

still impossible to obtain assistance (no professional legal staff availinble) or do fair research being how "every" inmate also suffer from same post traumatic stress syndrome which is becoming hard for him to keep such pain hidden or to opporate functionally.

For instances: Plaintiff was order to take a shower with a group of another race which was an abnormal pratice, and when plaintiff pleaded peacefully with the officer just to stay in eye sight present, plaintiff was denied a shower until the next shower time (6-days without showering).

For having safety concern - moreso living now with great paranoid since witnessing how CMC-E officers permitted innocence inmates to get beat-up and then alleged it to been a participated racial riot.

This being the same officer, I previously stated concerns for his laziness by not wanting to come to my cell to pick-up out-going legal mail, after 8:00 p.m Close-B Count.

Then if the officers serve the food and do the clean-up they become so mad and dishonorary for such duties that the portion of the food be so small you can't even make a complete sandwich, because theirs no one to actually supervise them.

PAGE-3

1  And then when those special interest
2  inmate(s) do the food serving ect... it become
3  even worst because its no canteen or packages
4  programs so state meals become canteen so portions
5  items often come up short and missing which
6  frustration will impair a person logical thinking for
7  life!!
8      It's so hard to understand how legislature
9  permit CDCR/CTF ect... over and over to mono-
10 polize indigences inmates and their families;
11 CDCR/CTF allows its inmates to order items from
12 their's-own approved special vendors, once
13 enough inmate buy an abundant of a items, then
14 CTF ect... say we can't have it no more to con-
15 fiscate or donate it because you can't pay for the
16 mailing cost; so in reality CDCR/CTF could profit
17 under 4-different avenues.
18     Plaintiffs' live many hours in his cell (22-24
19 hours) where there is no desk to write on, no
20 ventilation system, now CTF staff has took away
21 that 1-cubic feet legal box, that permitted me to
22 had write suitable and not suffer from lower back
23 pain as now!!
24     Also, please take into consideration that plaintiff
25 is also litigating his Three Strike Conviction; As well
26 for each of them alleged prior cases used, seper-
27 ately; plus a major I.R.S issue.
28     And then doing all I can too· maintain the

PAGE-4

1  true Rehabilitation of my own effort, being
2  how this Agency that's getting paid to do it, IS
3  NOT!!. in fact doing the opposit; As I daily
4  witness how many of the younger officers becoming
5  trained with more sadism characterization then
6  the veterans toward inmates hardship living!!
7      With all of the Above, with time could put
8  A unbearable burden; eventually too seriously
9  effect Plaintiffs Ability to even think Appropriately
10 let Alone Advocate for his Actual innocence from
11 the many trickery forms of due process violations
12 occurred in this case; And then to overcome
13 the Arsenals of professional Attorneys, thats
14 legally stating, "such violation is acceptable
15 toward CDCR prisoners." Moreso because such
16 due process violation were established Law, Rules
17 And Regulation of CDCR Penological Interest before
18 Prisoners (housed in CDCR) Liberty interest ect....
19     Lastly, please notice plaintiffs' didn't Attempt
20 to make this An Ex parte Motion; being how these
21 Mandatory cell searches (absence the inmate) to
22 convincingly permit the Officers to Read thoroughly
23 through his And other inmates legal mail which is
24 why he believes why such items confiscation was
25 An act of pure Retaliation. Which boldness is openly
26 express At time in great hopes if CDCR would stop
27 prolongating And reliver him of this torment conduct!!!
28

PAGE-5

2. Respectfully again, a trial in this case will likely involve conflicting testimony; for instance the Attorneys for defendants R. Schnora M. Vela and M. Arfa isn't Representing David Balkind et, al and alleging they haven't been served and the Office of the Attorney General isn't appearing on their behalf. That constitute a default without responding to this Court order over 90 day late. Which moreso now counsel would better enable plaintiff to present evidence and cross examine witnesses.

WHEREFORE, plaintiffs request that the Court Appoint Counsel in this case.

Date: July 9, 2008

Respectfully Submitting

_Derrick L Sledge_
Derrick L Sledge
In Pro Se.

PAGE- 6

STATE OF CALIFORNIA  
CDCR 3022-B (REV. 07/07)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

*Describe only this reporting periods specific Plan of Operation*

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER |
|---|---|---|
| Correctional Training Facility Soledad | JUNE 19, 2008 | CTF-Central-08-005 |

☐ NORMAL PROGRAM    ☒ MODIFIED PROGRAM    ☐ LOCKDOWN    ☐ STATE OF EMERGENCY

☐ INITIAL    ☒ UPDATE    ☐ CLOSURE

### RELATED INFORMATION (CHECK ALL THAT APPLY)

**AREA AFFECTED**
- ☐ INSTITUTION:
- ☒ FACILITY: CTF CENT. MAIN LINE
- ☐ HOUSING UNIT:
- ☐ VOCATION:
- ☐ EDUCATION:
- ☐ OTHER:

**INMATES AFFECTED**
- ☒ ALL EXCEPT EAST DORM
- ☐ BLACK
- ☐ WHITE
- ☐ HISPANIC
- ☐ OTHER

**REASON**
- ☐ BATTERY
- ☐ DEATH
- ☐ RIOT / DISTURBANCE
- ☐ GROUPING
- ☒ OTHER: Escape

**MOVEMENT**
- ☐ NORMAL
- ☒ ESCORT ALL MOVEMENT
- ☐ UNCLOTHED BODY SEARCH PRIOR TO ESCORT
- ☐ CONTROLLED MOVEMENT
- ☒ OTHER: VISUAL ESCORTS OF INMATES IN THE CORRIDORS

**WORKERS**
- ☐ NORMAL
- ☒ CRITICAL WORKERS ONLY
- ☐ CULINARY
- ☐ CLERKS
- ☒ CULINARY BOX LUNCH CREW, COOKS, KITCHEN WORKERS
- ☐ CANTEEN
- ☐ CLOTHING ROOM
- ☐ RESTRICTED WORK PROGRAM
- ☐ PORTERS
- ☒ INMATES MAY ASSIST IN CELL FEEDING PROCESS, NO MORE THAN 12 INMATES

**DAYROOM**
- ☐ NORMAL
- ☒ NO DAYROOM ACTIVITIES
- ☐ MODIFIED:

**RECREATION**
- ☐ NORMAL
- ☒ NO RECREATIONAL ACTIVITIES
- ☐ MODIFIED:

**FEEDING**
- ☐ NORMAL
- ☒ CELL FEEDING
- ☐ CONTROLLED FEEDING IN DINING ROOM
  - ☐ HOUSING UNIT/DORM AT A TIME
  - ☐ DORM POD AT A TIME
  - ☐ TIER AT A TIME
  - ☐ HOUSING UNIT SECTION AT A TIME
- ☒ SACK MEAL BREAKFAST
- ☐ SACK MEAL LUNCH
- ☐ SACK MEAL DINNER

**SHOWERS**
- ☐ NORMAL
- ☐ ESCORTED
- ☐ ONE INMATE PER SHOWER – OWN TIER
- ☐ CELL PARTNERS TOGETHER – OWN TIER
- ☐ DORM SHOWERING BY GROUP
- ☐ CRITICAL WORKERS ONLY
- ☒ NO SHOWERS

**CANTEEN**
- ☐ NORMAL
- ☒ NO CANTEEN
- ☐ MODIFIED:

**PACKAGES**
- ☐ NORMAL
- ☒ NO PACKAGES
- ☐ MODIFIED:

**DUCATS**
- ☐ NORMAL
- ☒ MEDICAL DUCATS ONLY
- ☐ CLASSIFICATION DUCATS
- ☐ PRIORITY DUCATS ONLY

**MEDICAL**
- ☐ NORMAL MEDICAL PROGRAM
- ☐ PRIORITY DUCATS ONLY
- ☒ MED. PERS. CONDUCT ROUNDS IN UNITS
- ☐ INMATES ESCORTED TO SICK CALL
- ☐ EMERGENCY MEDICAL ONLY
- ☒ OTHER: MEDS DELIVERED TO UNITS

**PHONE CALLS**
- ☐ NORMAL
- ☒ NO PHONE CALLS
- ☐ MODIFIED:

**VISITING**
- ☐ NORMAL VISITING
- ☐ NON-CONTACT ONLY
- ☐ NO VISITING
- ☒ OTHER: Family Visiting Only

**LEGAL LIBRARY**
- ☐ NORMAL
- ☒ APPROVED COURT DEADLINES

**RELIGIOUS SERVICES**
- ☐ NORMAL
- ☐ NO RELIGIOUS SERVICES
- ☒ MODIFIED: OFFERED @ CELL FRONT

**REMARKS:**

On June 18, 2008, an inmate at CTF-Central escaped from his assigned cell. As a result of this incident all inmates housed at CTF-Central Facility are on modified program (Note: East Dorm is excluded from this program modification). All Inmates will be cell fed, Inmates may assist in the cell feeding process of their assigned wings, no more than twelve inmates will be allowed out at a time. Paper trays are authorized. Inmates going to Medical Appointments, Dental Appointments and BPH will be given an unclothed body search prior to exiting their cell, and will be visually escorted to their destinations. There will be no deviation from this Program Status Report without authorization from the Correctional Captain. Questions or concerns regarding this program modification should be addressed to the Watch Commanders on 2nd or 3rd watch.

State of Emergency only: Postponement of nonessential administrative decisions, actions and the normal time requirements:
☐ Approved    ☐ Disapproved

| PREPARED BY: R.N. Spencer Lieutenant | DATE: June 18, 2008 | NAME / SIGNATURE (WARDEN): Ben Curry, Warden | DATE |
|---|---|---|---|

**PROOF OF SERVICE BY MAIL**
**BY PERSON IN STATE CUSTODY**
(C.C.P. §§ 1013(A), 2015,5)

I, <u>Derrick Lee Sledge</u>, declare:

I am over 18 years of age and I am party to this action. I am a resident of CORRECTIONAL TRAINING FACILITY prison, in the County of Monterrey, State of California. My prison address is:

<u>Derrick Lee Sledge</u>, CDCR #: <u>P-43766</u>
CORRECTIONAL TRAINING FACILITY
P.O. BOX 689, CELL #: <u>CW-134L</u>
SOLEDAD, CA 93960-0689.

On <u>July 9, 2008</u>, I served the attached:
<u>Second Request with Motions for Appointment of Counsel</u>

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope (verified by prison staff), with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named institution in which I am presently confined. The envelope was addressed as follows:

Office of the Clerk
U.S. District Court
Northern District of Calif.
450 Golden Gate Ave
San Francisco Calif. 94102
1x Original
1x Copy

Dept. of Justice Office
of the Attorney General
455 Golden Gate Ave
Suite 11000
San Francisco Ca 94102
Attn: Edmund G Brown Jr.
And /s/ Kyle A Lewis
for defendants

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on <u>June 19, 2008</u>.

<u>Derrick L. Sledge</u>
Declarant

Derrick Lee Sledge, P-43766
CTF / CW-134L
P.O. Box 689
Soledad, Calif. 93960

Office of the
U.S. District
Northern District
450 Golden G
San Francisco





C/O Seway 7-9-08

LEGAL MAIL

LEGAL MAIL