Derrick L. Sledge, P-43766
CTF / XW-121L
P.O. Box 689
Soledad Calif. 93960

FILED
08 AUG 13 PM 3:43
U.S. DISTRICT COURT
N.D. CALIFORNIA

August 11, 2008

Dear Office of the Clerk
   U.S District Court
     Northern District of Calif.

I am in great hopes at your most convenient time if you could please forward to Plaintiff of the below title case a current Docket Sheet please !!

Derrick Lee Sledge
    Plaintiff
V
David Balkind et al.,

Case No. C07-4622 CRB (PR)

Respectfully Submitted
Derrick L. Sledge
Derrick L. Sledge
In Pro Se

