IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DERRICK L. SLEDGE, | ) | |
| Plaintiff(s), | ) | No. C 07-4622 CRB (PR) |
| v. | ) | ORDER |
| DAVID BALKIND, et al., | ) | |
| Defendant(s). | ) | |

Defendants have moved to dismiss plaintiff's prisoner civil rights complaint for failure to state a claim upon which relief may be granted. Among other things, they claim that the action is barred under the rationale of Heck v. Humphrey, 512 U.S. 477 (1994), and that they are entitled to qualified immunity. Plaintiff has filed an opposition and a motion for leave to file an amended complaint. Defendants shall file a reply to the opposition, and an opposition or notice of non-opposition to plaintiff's motion, by no later than August 29, 2008.

SO ORDERED.

DATED: August 18, 2008

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.07\Sledge, D1.or3.wpd